FORM 6 (ND/SD MISS. DEC. 2016)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

J.W., minor, b/t Amanda Williams    Plaintiff

v.                                                      CIVIL ACTION NO.   3:21-cv-663-CWR-LGI

The City of Jackson, MS, et al.     Defendant

## APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Corey M. Stern

Firm Name: Levy Konigsberg, LLP

Office Address: 605 Third Avenue, 33rd Floor

City: New York   State: NY   Zip: 10158

Telephone: (212) 605-6298   Fax: (212) 605-6290

E-Mail: cstern@levylaw.com

(B) Client(s): J.W., a minor, by and through Amanda Williams as Guardian and N

Address: 2659 Pinebrook Drive

City: Jackson   State: MS   Zip: 39212

Telephone: _____   Fax: _____

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

N/A

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

I was appointed Lead-Counsel for all Plaintiffs alleging personal injuries and property damage as a result of the Flint Water Crisis, in Genesee County, MI, on November 16, 2016, by the Honorable Richard Yuille. I was appointed Co-Liaison Counsel for all Plaintiffs alleging personal injuries and property damage as a result of the Flint Water Crisis in the United States District Court for the Eastern District of Michigan, by the Honorable Judith E. Levy, on July 27, 2017. I remain in both roles today.

(C)  I am admitted to practice in the:

[✔]  State of GA

[ ]  District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

State Bar of Georgia
104 Marietta Street, N.W., Suite 100
Atlanta, Georgia 30303

All other courts before which I have been admitted to practice:

2

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| State Bar of Georgia | 11/24/2003 - Present |
| State Bar of New York | 6/25/2014 - Present |
| State Bar of Michigan | 7/12/2016 - Present |
| Southern District of New York | 12/29/2015 - Present |
| Eastern District of Michigan | 3/24/2016 - Present |
| Northern District of Georgia | 10/15/2004 - Present |
| Middle District of Georgia | 7/26/2004 - Present |
| 6th Circuit Court of Appeals | 2/27/2020 - Present |
| United States Supreme Court | 7/25/2011 - Present |

(D) Have you been denied admission pro hac vice in this state? Yes ☐ No ☒

Have you had admission pro hac vice revoked in this state? Yes ☐ No ☒

Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? Yes ☐ No ☒

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

N/A

(E) Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? Yes ☐ No ☒

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

N/A/

|   |   | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ◯ | ⬤ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

N/A

(G) Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

N/A

4

FORM 6 (ND/SD MISS. DEC. 2016)

(H)   Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| N/A | |

|   |   | Yes | No |
|---|---|---|---|
| (I) | Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ● | ○ |
|   | Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ● | ○ |

(J)   Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number   Darryl Gibbs, Bar No. 100232

Firm Name:   Chabbra & Gibbs, P.A.

Office Address:   120 North Congress Street, Suite 200

City: Jackson     State: MS     Zip: 39201

Telephone: (601) 948-8005     Fax: (601) 948-8010

Email address: dgibbs@cglawms.com

5

(K)     The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____<br>Resident Attorney

I certify that the information provided in this Application is true and correct.

10/20/2021                            _____
Date                                     Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 20th day of October, 2021.

_____<br>Resident Attorney