AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| J.W, a minor, by and through, Amanda Williams, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-cv-00663-CWR-LGI |
| The City of Jackson, Mississippi; et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

J.W., a minor, by and through, Amanda Williams as Guardian and Next of Friend, et al., Plaintiff  .

Date: 10/21/2021

/s/Darryl M. Gibbs
*Attorney's signature*

Darryl M. Gibbs, Esq, MSB No. 100232
*Printed name and bar number*

Chhabra & Gibbs, P.A.
120 N. Congress Street, Ste. 200
Jackson, Mississippi 39201
*Address*

dgibbs@cglawms.com
*E-mail address*

(601) 948-8005
*Telephone number*

(601) 948-8010
*FAX number*