AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

J.W., a minor, by and through Amanda Williams as Guardian and Next Friend,

*Plaintiff(s)*

v.

The City of Jackson, Mississippi; et al.

*Defendant(s)*

Civil Action No. 3:21-cv-00663-CWR-LGI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

```
Trilogy Engineering Services LLC
c/o registered agent
Business Filings International, Inc.
645 Lakeland East Drive, Suite 101
Flowood,   MS 39232
```

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Chhabra & Gibbs, P.A.
120 N Congress St Suite 200
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: OCT 2 1 2021

*Signature of Clerk or Deputy Clerk*