## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| J.W., a minor, by and through Amanda Williams, Guardian and Next Friend<br><br>Plaintiff,<br><br>v.<br><br>The City of Jackson, Mississippi et al.,<br><br>Defendants. | Case No.: 3:21-cv-00663-CWR-LGI<br><br>Hon. Carlton W. Reeves |

LEVY KONIGSBERG, LLP
Corey M. Stern
Attorney for Plaintiffs
605 Third Avenue, 33rd Floor
New York, NY 10158
(212) 605-6200
cstern@levylaw.com

## APPEARANCE

**NOW COMES** Corey M. Stern, Esq. and hereby enters his Appearance on behalf of the Plaintiff in the above matter.

Dated: October 29, 2021

                                              Respectfully submitted,
                                              LEVY KONIGSBERG, LLP

                                              By: /s/ Corey M. Stern
                                              Corey M. Stern
                                              Attorney for Plaintiffs
                                              605 Third Avenue, 33rd Floor
                                              `New York, NY 10158
                                              (212) 605-6200
                                              cstern@levylaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 29, 2021, I electronically filed an Appearance with the Clerk of the Court using ECF system which will send notification of such filling to all attorneys of record.

>Respectfully submitted,
>LEVY KONIGSBERG, LLP
>
>By: /s/ Corey M. Stern
>Corey M. Stern
>Attorney for Plaintiffs
>605 Third Avenue, 33rd Floor
>New York, NY 10158
>(212) 605-6200
>cstern@levylaw.com