# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| J.W., a minor, by and through Amanda Williams, Guardian and Next Friend<br><br>Plaintiff,<br><br>v.<br><br>The City of Jackson, Mississippi et al.,<br><br>Defendants. | Case No.: 3:21-cv-00663-CWR-LGI<br><br>Hon. Carlton W. Reeves |

LEVY KONIGSBERG, LLP
Renner K. Walker
Attorney for Plaintiffs
605 Third Avenue, 33rd Floor
New York, NY 10158
(212) 605-6200
rwalker@levylaw.com

## APPEARANCE

**NOW COMES** Renner K. Walker, Esq. and hereby enters his Appearance on

behalf of the Plaintiff in the above matter.

Dated: October 29, 2021

Respectfully submitted,
LEVY KONIGSBERG, LLP

By: /s/ Renner K. Walker
Renner K. Walker
Attorney for Plaintiffs
605 Third Avenue, 33rd Floor
New York, NY 10158
(212) 605-6200
rwalker@levylaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 29, 2021, I electronically filed an Appearance with the Clerk of the Court using ECF system which will send notification of such filling to all attorneys of record.

Respectfully submitted,
LEVY KONIGSBERG, LLP

By: /s/ Renner K. Walker
Renner K. Walker
Attorney for Plaintiffs
605 Third Avenue, 33rd Floor
New York, NY 10158
(212) 605-6200
rwalker@levylaw.com