# AFFIDAVIT OF SERVICE

LEVY KONIGSBERG LLP    Alyza M. Dermody
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

J.W. A MINOR BY AND THROUGH AMANDA WILLIAMS AS GUARDIAN AND NEXT FRIEND

PLAINTIFF

- vs -

THE CITY OF JACKSON MISSISSIPPI, ETAL

DEFENDANT

Index No. 3:21-cv-00663-CWR-LGI
Date Filed
File No. NONE GIVEN
Court Date:
**AFFIDAVIT OF SERVICE**

STATE OF Mississippi, COUNTY OF Hinds :SS:

Brian E Moore, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of Mississippi

On November 13, 2021 at 9:20 AM,

at C/O ANGELA HARRIS, MUNICIPAL CLERK 219 SOUTH PRESIDENT STREET JACKSON, MS 39201

deponent served the within **COMPLAINT, EXHIBIT(S), JURY DEMAND, SUMMONS IN A CIVIL ACTION** on: **CITY OF JACKSON**, the **DEFENDANT** therein named.

**X #1 INDIVIDUAL** By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

___ #2 CORPORATION By delivering a true copy of each to _____ personally,

deponent knew the person so served to be the _____ of the corporation, and authorized to accept service on behalf of the corporation.

___ #3 SUITABLE AGE PERSON By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is **DEFENDANT's**: [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

___ #4 AFFIXING TO DOOR By affixing a true copy of each to the door of said premises, which is **DEFENDANT's**: [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

Address confirmed by

___ #5 MAIL COPY On _____ I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

___ #6 DESCRIPTION (USE WITH #1, 2 OR 3) Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

Sex:_____ Color:_____ Hair:_____
Age:_____ Height:_____ Weight:_____
OTHER IDENTIFYING FEATURES:_____

___ #7 WITNESS FEES The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $_____

___ #8 MILITARY SRVC Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that **DEFENDANT** was not.

___ #9 OTHER

NOTARY NAME & DATE    11/13/2021

[Notary Seal: JAMES GLEN MOORE, NOTARY PUBLIC, STATE OF MISSISSIPPI, No. 74093, Commission Expires June 9, 2024, FORREST COUNTY]

Brian E Moore

PM Legal, LLC
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-LPK-5665534

P5665534

Defendant: City of Jackson C/o Angela Harris
219 South President St. Jackson Municipal Clerk

Note the type of service required:
___ Personal Service Only   ___ Residence Service Acceptable

Attempt 1  Date: 11-12-21  Time: 9:20 A
Notes: Served her in City Hall

Attempt 2  Date: _____  Time: _____
Notes: _____

Attempt 3  Date: _____  Time: _____
Notes: _____

Attempt 4  Date: _____  Time: _____
Notes: _____

Additional Attempts: _____

***If process is unable to be delivered, please note the reason and attempts made to locate additional information

Service Information:

___ At Residence   X At Employment

Date: 11-12-21  Time: 9:20 AM

Signature of Person receiving documents: X Angela Harris  Date: 11/12/21
Relationship to person for residence service: _____

Name of Process Server: Brian E Moore

***If person refuses to sign for paperwork, please list a brief description of that person on the back of this form