# AFFIDAVIT OF SERVICE

LEVY KONIGSBERG LLP    Alyza M. Dermody
**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

J.W. A MINOR BY AND THROUGH AMANDA WILLIAMS AS GUARDIAN AND NEXT FRIEND

index No. 3:21-cv-00663-CWR-LGI

PLAINTIFF

- vs -

THE CITY OF JACKSON MISSISSIPPI, ETAL

Date Filed
File No. NONE GIVEN
Court Date:

DEFENDANT

**AFFIDAVIT OF SERVICE**

STATE OF _TEXAS_, COUNTY OF _HARRIS_ :SS:

_Donnalee J. Acquard_, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of _TEXAS_.

On _November 11, 2021_ at _12:03 PM_,

at 650 N. SAM HOUSTON PARKWAY E SUITE 300 HOUSTON, TX 77060

deponent served the within **COMPLAINT, EXHIBIT(S), JURY DEMAND, SUMMONS IN A CIVIL ACTION** on: **TRIOLOGY ENGINEERING SERVICES LLC**, the **DEFENDANT** therein named.

____ #1 INDIVIDUAL    By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

_X_ #2 CORPORATION    By delivering a true copy of each to _CLARISSA RAINES_ personally,

deponent knew the person so served to be the _Admin Assistant_ of the corporation, and authorized to accept service on behalf of the corporation.

____ #3 SUITABLE AGE PERSON    By delivering a true copy of each to _____ a person of suitable age and discretion.
Said premises is **DEFENDANT's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

____ #4 AFFIXING TO DOOR    By affixing a true copy of each to the door of said premises, which is **DEFENDANT's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called threat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

Address confirmed by

____ #5 MAIL COPY    On _____ I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

_X_ #6 DESCRIPTION (USE WITH #1, 2 OR 3)    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

Sex: _F_    Color: _Wh_    Hair: _brown_
Age: _25_    Height: _5'2_    Weight: _brown_
OTHER IDENTIFYING FEATURES: _____

____ #7 WITNESS FEES    The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $_____

____ #8 MILITARY SRVC    Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that **DEFENDANT** was not.

____ #9 OTHER

_Powledge_  _11-11-21_
NOTARY NAME & DATE

_Donnalee J. Acquard_
psc 10316



C Powledge
My Commission Expires
8/31/2025
Notary ID
133306947

PM Legal, LLC
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-LPK-5665583