AFFIDAVIT OF SERVICE


P5665559

LEVY KONIGSBERG LLP    Alyza M. Dermody
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

J.W. A MINOR BY AND THROUGH AMANDA WILLIAMS AS GUARDIAN AND NEXT FRIEND
                                              PLAINTIFF

- vs -

THE CITY OF JACKSON MISSISSIPPI, ETAL
                                              DEFENDANT

index No. 3:21-cv-00663-CWR-LGI
Date Filed
File No. NONE GIVEN
Court Date:
**AFFIDAVIT OF SERVICE**

STATE OF Mississippi, COUNTY OF Rankin :SS:

Brian E Moore, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of Mississippi.

On November 12, 2021 at 10:07AM,

at C/O BUSINESS FILINGS INTERNATIONAL INC. 645 LAKEWOOD EAST DRIVE SUITE 101 JACKSON, MS 39232

deponent served the within **COMPLAINT, EXHIBIT(S), JURY DEMAND, SUMMONS IN A CIVIL ACTION** on: **TRIOLOGY ENGINEERING SERVICES LLC**, the **DEFENDANT** therein named.

___ #1 INDIVIDUAL    By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

X #2 CORPORATION    By delivering a true copy of each to Matt Thibodeaux Owner personally,
                    deponent knew the person so served to be the _____
                    of the corporation, and authorized to accept service on behalf of the corporation.

___ #3 SUITABLE AGE PERSON    By delivering a true copy of each to _____ a person of suitable age and discretion.
Said premises is **DEFENDANT's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

___ #4 AFFIXING TO DOOR    By affixing a true copy of each to the door of said premises, which is **DEFENDANT's**:[ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by

___ #5 MAIL COPY    On _____ I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

___ #6 DESCRIPTION (USE WITH #1, 2 OR 3)    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.
Sex:_____    Color:_____    Hair:_____
Age:_____    Height:_____    Weight:_____
OTHER IDENTIFYING FEATURES: _____

___ #7 WITNESS FEES    The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $_____

___ #8 MILITARY SRVC    Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that **DEFENDANT** was not.

___ #9 OTHER

NOTARY NAME & DATE  11/13/2021

[Notary Seal: STATE OF MISSISSIPPI, JAMES GLEN MOORE, NOTARY PUBLIC, ID No. 74093, Commission Expires June 9, 2024, FORREST COUNTY]

Brian E Moore

PM Legal, LLC
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-LPK-5665559

c/o REgistered Agent
Business Filings International, INC

Defendant: TRILOGY ENGINEERING SERVICE LLC
645 Lakeland East Drive, Suite 101 Flowood

Note the type of service required:
___ Personal Service Only      ___ Residence Service Acceptable

Attempt 1   Date: 11-12-21   Time: 10:07A
Notes: Served Matt Thibodeaux in Office

Attempt 2   Date: _____   Time: _____
Notes: _____

Attempt 3   Date: _____   Time: _____
Notes: _____

Attempt 4   Date: _____   Time: _____
Notes: _____

Additional Attempts: _____

***If process is unable to be delivered, please note the reason and attempts made to locate additional information

Service Information:

___ At Residence      X At Employment

Date: 11-12-21   Time: 10:07am

Signature of Person receiving documents: _____   Date: _____
Relationship to person for residence service: _____

Name of Process Server   Brian E Moore

***If person refuses to sign for paperwork, please list a brief description of that person on the back of this form