# AFFIDAVIT OF SERVICE

P5665500

LEVY KONIGSBERG LLP   Alyza M. Dermody
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

J.W. A MINOR BY AND THROUGH AMANDA WILLIAMS AS GUARDIAN AND NEXT FRIEND

index No. 3:21-cv-00663-CWR-LGI
Date Filed
File No. NONE GIVEN
Court Date:
AFFIDAVIT OF SERVICE

PLAINTIFF

- vs -

THE CITY OF JACKSON MISSISSIPPI, ETAL

DEFENDANT

STATE OF __Mississippi__, COUNTY OF __Hinds__ :SS:

__Brian E Moore__, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of __Mississippi__

On __November 12, 2021__ at __9:20 A—__,

at 1 EASTMONT PLACE JACKSON, MS 39211   __Served At 219 S. President ST. Jackson MS.__

deponent served the within **COMPLAINT, EXHIBIT(S), JURY DEMAND, SUMMONS IN A CIVIL ACTION** on: **MAYOR CHOKWE LUMUMBA JR.**, the **DEFENDANT** therein named.

___ #1 INDIVIDUAL — By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

X #2 CORPORATION — By delivering a true copy of each to __Angela Harris City Clerk__ personally, deponent knew the person so served to be the _____ of the corporation, and authorized to accept service on behalf of the corporation.

___ #3 SUITABLE AGE PERSON — By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is DEFENDANT's: [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

___ #4 AFFIXING TO DOOR — By affixing a true copy of each to the door of said premises, which is DEFENDANT's: [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find DEFENDANT or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

Address confirmed by _____

___ #5 MAIL COPY — On _____ I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

___ #6 DESCRIPTION (USE WITH #1, 2 OR 3) — Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

Sex: _____   Color: _____   Hair: _____
Age: _____   Height: _____   Weight: _____
OTHER IDENTIFYING FEATURES: _____

___ #7 WITNESS FEES — The authorized witness fee and / or traveling expenses were paid (tendered) to the DEFENDANT in the amount of $_____

___ #8 MILITARY SRVC — Deponent asked person spoken to whether the DEFENDANT was presently in military service of the United States Government or of the State of _____ and was informed that DEFENDANT was not.

___ #9 OTHER

NOTARY NAME & DATE: James Glenn Moore   11/13/2021

[Notary seal: STATE OF MISSISSIPPI, JAMES GLENN MOORE, NOTARY PUBLIC, ID No. 74093, Commission Expires June 9, 2024, FORREST COUNTY]

B— E Moore

PM Legal, LLC
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-LPK-5665500

Defendant: Mayor Chokwe Lumumba Jr.
1 Eastmont Pl.    Jackson, MS

Note the type of service required:
___ Personal Service Only    ___ Residence Service Acceptable

Attempt 1   Date: 11-12-21   Time: 9:20a
Notes: Served Angela Harris who is Clerk for Jackson on behalf of Mayor

Attempt 2   Date: _____   Time: _____
Notes: _____

Attempt 3   Date: _____   Time: _____
Notes: _____

Attempt 4   Date: _____   Time: _____
Notes: _____

Additional Attempts: _____

***If process is unable to be delivered, please note the reason and attempts made to locate additional information

Service Information:

___ At Residence    ___ At Employment

Date: _____   Time: _____

Accepted for Mayor

Signature of Person receiving documents: X Angela Harris   Date: 11/12/21
Relationship to person for residence service: _____

Name of Process Server: Brian E Moore

***If person refuses to sign for paperwork, please list a brief description of that person on the back of this form