# AFFIDAVIT OF SERVICE

LEVY KONIGSBERG LLP    Alyza M. Dermody
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

J.W. A MINOR BY AND THROUGH AMANDA WILLIAMS AS GUARDIAN AND NEXT FRIEND

PLAINTIFF

- vs -

THE CITY OF JACKSON MISSISSIPPI, ETAL

DEFENDANT

index No. 3:21-cv-00663-CWR-LGI
Date Filed
File No. NONE GIVEN
Court Date:
**AFFIDAVIT OF SERVICE**

STATE OF _Mississippi_, COUNTY OF _Hinds_ :SS:

_Brian E Moore_, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of _Mississippi_.

On _November 12, 2021_ at _9:45 AM_,

at 1402 BEESON SR. NE APT 39 BROOKHAVEN, MS 39601  _Served At 570 Woodrow Wilson Ave Jackson MS_

deponent served the within **COMPLAINT, EXHIBIT(S), JURY DEMAND, SUMMONS IN A CIVIL ACTION** on: **JIM CRAIG**, the **DEFENDANT** therein named.

___ #1 INDIVIDUAL  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

X #2 CORPORATION  By delivering a true copy of each to _Jenny Griffin Asst. Health Officer_ personally,

deponent knew the person so served to be the _____ of the corporation, and authorized to accept service on behalf of the corporation.

___ #3 SUITABLE AGE PERSON  By delivering a true copy of each to _____ a person of suitable age and discretion.
Said premises is **DEFENDANT's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

___ #4 AFFIXING TO DOOR  By affixing a true copy of each to the door of said premises, which is **DEFENDANT's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

Address confirmed by _____

___ #5 MAIL COPY  On _____ I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

___ #6 DESCRIPTION (USE WITH #1, 2 OR 3)  Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

Sex: _____    Color: _____    Hair: _____
Age: _____    Height: _____    Weight: _____
OTHER IDENTIFYING FEATURES: _____

___ #7 WITNESS FEES  The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $_____

___ #8 MILITARY SRVC  Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that **DEFENDANT** was not.

___ #9 OTHER

_James Glen Moore_    11/13/2021
NOTARY NAME & DATE

*STATE OF MISSISSIPPI
JAMES GLEN MOORE
NOTARY PUBLIC
ID No. 74093
Commission Expires
June 9, 2024
FORREST COUNTY*

_B.C Moore_

PM Legal, LLC
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-LPK-5665526

Defendant: JIM CRAIG
1402 Beeson SR. NE. Apt 39 Brookhaven
Note the type of service required:
___ Personal Service Only   ___ Residence Service Acceptable

Attempt 1   Date: 11-12-21   Time: 9:45
Notes: Served Jenny Griffin in Health Department
She is Accepting on his behalf   Asst. Health Officer

Attempt 2   Date: _____   Time: _____
Notes: _____

Attempt 3   Date: _____   Time: _____
Notes: _____

Attempt 4   Date: _____   Time: _____
Notes: _____

Additional Attempts: _____

***If process is unable to be delivered, please note the reason and attempts made to locate additional information

Service Information:

___ At Residence   _X_ At Employment

Date: 11-12-21   Time: 9:45 am

Signature of Person receiving documents: X J Griffin   Date: 11/12/2021
Relationship to person for residence service: _____

Name of Process Server: Brian E Moore

***If person refuses to sign for paperwork, please list a brief description of that person on the back of this form