**AFFIDAVIT OF SERVICE**

P5665518

LEVY KONIGSBERG LLP    Alyza M. Dermody
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

J.W. A MINOR BY AND THROUGH AMANDA WILLIAMS AS GUARDIAN AND NEXT FRIEND

Index No. 3:21-cv-00663-CWR-LGI
Date Filed
File No. NONE GIVEN
Court Date:
**AFFIDAVIT OF SERVICE**

PLAINTIFF
- vs -
THE CITY OF JACKSON MISSISSIPPI, ETAL
DEFENDANT

STATE OF Mississippi, COUNTY OF Hinds :SS:

Brian E Moore, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of Mississippi.

On November 12, 2021 at 9:45 AM,

at C/O THOMAS E. DOBBS III, MD, MPH, STATE HEALTH OFFICER 570 EAST WOODROW WILSON DRIVE JACKSON, MS 39216

deponent served the within **COMPLAINT, EXHIBIT(S), JURY DEMAND, SUMMONS IN A CIVIL ACTION** on: **MISSISSIPPI DEPARTMENT OF HEALTH AND DIRECTOR JIM CRAIG**, the **DEFENDANT** therein named.

___ #1 INDIVIDUAL    By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

X #2 CORPORATION   By delivering a true copy of each to Jenny Griffin Asst. Health Officer personally,

deponent knew the person so served to be the _____ of the corporation, and authorized to accept service on behalf of the corporation.

___ #3 SUITABLE AGE PERSON   By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is **DEFENDANT's:** [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

___ #4 AFFIXING TO DOOR   By affixing a true copy of each to the door of said premises, which is **DEFENDANT's:** [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

Address confirmed by _____

___ #5 MAIL COPY   On _____ I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

___ #6 DESCRIPTION (USE WITH #1, 2 OR 3)   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

Sex: _____   Color: _____   Hair: _____
Age: _____   Height: _____   Weight: _____
OTHER IDENTIFYING FEATURES: _____

___ #7 WITNESS FEES   The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $_____

___ #8 MILITARY SRVC   Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that **DEFENDANT** was not.

___ #9 OTHER

James Glen Moore 11/13/2021
NOTARY NAME & DATE

B. E Moore

[Notary Seal: STATE OF MISSISSIPPI, JAMES GLEN MOORE, NOTARY PUBLIC, ID No. 74093, Commission Expires June 9, 2024, FORREST COUNTY]

PM Legal, LLC
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-LPK-5665518

Defendant: Mississippi Department of Health and Director Jim Craig C/O Thomas E. Dobbs III, MD, MPH State Health Officer 570 East Woodrow Wilson DR. Jackson

Note the type of service required:
\_ Personal Service Only      \_ Residence Service Acceptable

Attempt 1    Date: 11-12-21  Time: 9:45a-
Notes: Served Jenny Griffin in Health Department She accepted on behalf of Dr. Dobbs. She is Asst. Health officer

Attempt 2    Date: _____  Time: _____
Notes: _____

Attempt 3    Date: _____  Time: _____
Notes: _____

Attempt 4    Date: _____  Time: _____
Notes: _____

Additional Attempts: _____

***If process is unable to be delivered, please note the reason and attempts made to locate additional information

Service Information:

\_\_\_ At Residence    \_\_\_ At Employment

Date: 11-12-21  Time: 9:45AM    ⓑ Jenny Griffin

Signature of Person receiving documents: _K. Griffin_    Date: 11/12/2021

Relationship to person for residence service: _____

Name of Process Server  Brian E Moore

***If person refuses to sign for paperwork, please list a brief description of that person on the back of this form