AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi ▼

| | |
|---|---|
| J.W., a minor, by and through Amanda Williams as Guardian and Next Friend, <br><br> *Plaintiff(s)* <br> v. <br> The City of Jackson, Mississippi; et al. <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 3:21-cv-00663-CWR-LGI <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Trilogy Engineering Services LLC
    650 N. Sam Houston Parkway E, Suite 300,
    Houston, TX 7760

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Chhabra & Gibbs, P.A.
                                               120 N Congress St Suite 200
                                               Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date:   OCT 20 2021                                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TRIOLOGY ENGINEERING SERVICES LLC
was received by me on *(date)* 11/11/2021 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CLARISSA RAINES , who is
designated by law to accept service of process on behalf of *(name of organization)*
TRIOLOGY ENGINEERING SERVICES LLC on *(date)* 11/11/2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/29/2020

*Server's signature*

BONNALEE J. ACQUARD  PSC 10316
*Printed name and title*

16718 FALLEN LEAF WAY BOX 10
HOUSTON, TX 77058
*Server's address*

Additional information regarding attempted service, etc: