AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Mississippi

| | |
|---|---|
| J.W., a minor, by and through Amanda Williams as Guardian and Next Friend,<br><br>*Plaintiff(s)*<br>v.<br>The City of Jackson, Mississippi; et al.<br><br>*Defendant(s)* | Civil Action No. 3:21-cv-00663-CWR-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Mayor Chokwe Lumumba Jr.
    1 Eastmont Pl.
    Jackson, MS 39211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Chhabra & Gibbs, P.A.
                                           120 N Congress St Suite 200
                                           Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: OCT 20 2021                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Mayor Chokwe Lumumba, Jr.__
was received by me on *(date)* __11-11-2021__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Angela Harris__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Mayor Chokwe Lumumba, Jr.__ on *(date)* __11-12-2021__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __11-29-2021__

__B. E Moore__
Server's signature

__Brian E. Moore Process Server__
Printed name and title

__825 S. Cleveland ext. Brookhaven, MS 39601__
Server's address

Additional information regarding attempted service, etc: