AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

J.W., a minor, by and through Amanda Williams as Guardian and Next Friend,

*Plaintiff(s)*

v.

The City of Jackson, Mississippi; et al.

*Defendant(s)*

Civil Action No. 3:21-cv-00663-CWR-LGI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jarriot Smash
605 Chickasaw Dr. N
Flowood, MS 39232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Chhabra & Gibbs, P.A.
120 N Congress St Suite 200
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: OCT 20 2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jarriot Smash
was received by me on *(date)* 11-11-2021.

☒ I personally served the summons on the individual at *(place)* 605 Chickasaw DR, N. Flowood, MS.    on *(date)* 11-12-2021  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11-29-2021

B. E Moore
*Server's signature*

Brian E. Moore  Process Server
*Printed name and title*

825 S. Cleveland Ext. Brookhaven, MS. 39601
*Server's address*

Additional information regarding attempted service, etc: