## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DISTRICT

**SERGEANT KIMBERLY E. BROWN**
**PLAINTIFF**

**VS.**                                                **CIVIL ACTION NO.: 3:19-cv-806- KHJ-FKB**

**THE CITY OF JACKSON, MISSISSIPPI;**
**DEFENDANT**

### ENTRY OF APPEARANCE

**COMES NOW**, Catoria Martin. Interim City Attorney, and enters her appearance, as one of the attorneys for the Defendant in the above styled and numbered civil action.

RESPECTFULLY submitted this the 19th day of October, 2021.

                                            **CITY OF JACKSON, MISSISSIPPI**

                                       By:    **/s/Catoria Martin**
                                                    Catoria Martin, MSB # 103938
                                                     INTERIM CITY ATTORNEY

**OF COUNSEL**
**OFFICE OF THE CITY ATTORNEY**
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779

601/960-1799 (office)
601/960-1756 (facsimile)

## **CERTIFICATE OF SERVICE**

I, Catoria Martin, one of the attorneys for the Defendant, do hereby certify that upon filing of the Entry of Appearance in the Court's electronic system, the clerk of the Court is anticipated to serve a true and correct copy of the above and foregoing ***Entry of Appearance*** to all counsel of record; therefore, a copy of the document need not be served personally.

Submitted this the 19th day of October, 2021

/s/ Catoria Martin
Catoria Martin
