IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

J.W., A MINOR, BY AND THROUGH
AMANDA WILLIAMS, AS GUARDIAN
AND NEXT FRIEND                                                                                    PLAINTIFF

V.                                                          CIVIL ACTION NO. 3:21-cv-663-CWR-LGI

THE CITY OF JACKSON, MISSISSIPPI;
CHOKWE A. LUMUMBA, JR.; TONY YARBER;
KISHIA POWELL; ROBERT MILLER; JARRIOT
SMASH; THE MISSISSIPPI STATE DEPARTMENT
OF HEALTH; JIM CRAIG; TRILOGY ENGINEERING
SERVICES, LLC; AND JOHN DOES 1-40                                                  DEFENDANTS

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME
## TO FILE AN ANSWER

**COMES NOW**, Defendants, The City of Jackson, Mississippi; Chokwe A. Lumumba, Jr.; Tony Yarber; Kishia Powell; Robert Miller; and Jarriot Smash, by and through undersigned counsel of record, and files this Motion for an Extension of Time by which to respond to the Complaint.

RESPECTFULLY submitted this the 1st day of December, 2021.

**CITY OF JACKSON, MISSISSIPPI**

By:   **/s/Catoria Martin**
      Catoria Martin, MSB # 103938
      CITY ATTORNEY

**OFFICE OF THE CITY ATTORNEY**
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi  39207-2779
601/960-1799 (office)
601/960-1756 (facsimile)

## CERTIFICATE OF SERVICE

I, Catoria Martin, one of the attorneys for the Defendants, do hereby certify that upon filing of the Motion for an Extension of Time in the Court's electronic system, the clerk of the Court is anticipated to serve a true and correct copy of the above and foregoing ***Motion for an Extension of Time*** to all counsel of record; therefore, a copy of the document need not be served personally.

Submitted this the 1st day of December, 2021.

/s/ Catoria Martin
Catoria Martin