**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| J.W., A MINOR, BY AND THROUGH<br>AMANDA WILLIAMS, AS GUARDIAN<br>AND NEXT FRIEND | **PLAINTIFF** |
| V. | **CIVIL ACTION NO. 3:21-cv-663-CWR-LGI** |
| THE CITY OF JACKSON, MISSISSIPPI;<br>CHOKWE A. LUMUMBA, JR.; TONY YARBER;<br>KISHIA POWELL; ROBERT MILLER; JARRIOT<br>SMASH; THE MISSISSIPPI STATE DEPARTMENT<br>OF HEALTH; JIM CRAIG; TRILOGY ENGINEERING<br>SERVICES, LLC; AND JOHN DOES 1-40 | **DEFENDANTS** |

**AGREED ORDER**

THIS MATTER is before the Court on the *ore tenus* Motion for an extension of time by which to respond to the Complaint served by the Plaintiff. Having considered the Motion and being fully advised in the premises, the Court finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Defendants, The City of Jackson, Mississippi; Chokwe A. Lumumba, Jr.; Tony Yarber; Kishia Powell; Robert Miller; and Jarriot Smash are granted an extension of time up to and including January 12, 2022, to respond to the Complaint.

This the 2nd day of December, 2021.

/s/ LaKeysha Greer Isaac
UNITED STATES MAGISTRATE JUDGE

AGREED TO:

/s/Rogen Chhabra
Rogen Chhabra – For Plaintiff
CHHABRA & GIBBS, P.A.

/s/ Catoria Martin
Catoria Martin
For Defendants The City of Jackson, Mississippi;
Chokwe A. Lumumba, Jr.; Tony Yarber; Kishia Powell; Robert Miller; and Jarriot Smash