IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| J. W., a minor, by and through AMANDA WILLIAMS as Guardian and Next Friend | PLAINTIFF |
| v. | CIVIL ACTION NO.: 3:21-cv-663-CWR-LGI |
| THE CITY OF JACKSON, MISSISSIPPI; CHOKWE A. LUMUMBA, JR.; TONY YARBER; KISHIA POWELL; ROBERT MILLER; JARRIOT SMASH; THE MISSISSIPPI DEPARTMENT OF HEALTH; JIM CRAIG; TRILOGY ENGINEERING SERVICES, LLC; AND John Does 1-40 | DEFENDANTS |

## NOTICE OF APPEARANCE

Please take notice that D. Jason Childress, hereby enters his appearance as counsel of record for Defendant, Trilogy Engineering Services, LLC, in the above styled cause.

This the 2nd day of December, 2021.

Respectfully submitted,

**TRILOGY ENGINEERING SERVICES, LLC**

By:   */s/ D. Jason Childress*
        D. JASON CHILDRESS

**OF COUNSEL**
D. Jason Childress (MSB #103678)
**WISE CARTER CHILD & CARAWAY, P.A.**
401 E. Capitol Street, Suite 600 (39201)
Post Office Box 651
Jackson, Mississippi 39205-0651
P: 601-968-5500
F: 601-968-5593
Email:  djc@wisecarter.com

## **CERTIFICATE OF SERVICE**

I, D. Jason Childress, attorney for Trilogy Engineering Services, LLC, hereby certify that I have filed the above *Notice of Appearance* with the Clerk of this Court via the ECF System, which served copies upon all counsel and parties of record.

This the 2nd day of December, 2021.

                                        */s/ D. Jason Childress*
                                        D. JASON CHILDRESS