IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| J.W., a Minor, by and through AMANDA WILLIAMS as Guardian and Next Friend | **PLAINTIFF** |
| V. | CIVIL ACTION NO. 3:21-cv-663- CWR-LGI |
| THE CITY OF JACKSON, MISSISSIPPI; CHOKWE A. LUMUMBA, JR.; TONY YARBER; KISHIA POWELL; ROBERT MILLER; JARRIOT SMASH; THE MISSISSIPPI DEPARTMENT OF HEALTH; JIM CRAIG; TRILOGY ENGINEERING SERVICES, LLC; AND John Does 1-40 | **DEFENDANTS** |

## AGREED ORDER

**THIS MATTER** is before the Court on the Motion of defendant Trilogy Engineering Services, LLC for Extension of Time to Respond to Plaintiff's Original Complaint and Jury Trial Demand. *See* Motion, ECF No. 31. Having considered the Motion and being fully advised in the premises, the Court finds that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDEERED** that Defendant Trilogy Engineering Services, LLC is granted an extension of time up to and including January 12, 2022, to respond to Plaintiff's Original Complaint and Jury Trial Demand.

This the 3rd day of December, 2021.

s/LaKeysha Greer Isaac
UNITED STATES MAGISTRATE JUDGE

**AGREED TO:**

*/s/ Rogen Chhabra*
Attorney for Plaintiff

*/s/ D. Jason Childress*
Attorney for Defendant Trilogy Engineering Services, LLC