IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

J.W., a minor, by and through Amanda Williams **PLAINTIFF**
as guardian and next friend

VS.   CIVIL ACTION NUMBER 3:21-cv-663-CWR-LGI

THE CITY OF JACKSON, MISSISSIPPI; CHOWKE A.   **DEFENDANTS**
LUMUMBA, JR.; TONY YARBER; KISHIA POWELL;
ROBERT MILLER; JARRIOT SMASH; THE MISSISSIPPI
STATE DEPARTMENT OF HEALTH; JIM CRAIG; TRILOGY
ENGINEERING SERVICES, LLC; AND JOHN DOES 1 – 40

## NOTICE OF APPEARANCE

Please take notice that Gerald L. Kucia hereby enters his appearance in this cause as counsel of record for Defendants, Mississippi State Department of Health and Jim Craig.

All future e-filings, pleadings, and correspondence should include Gerald L. Kucia as counsel for these Defendants at the address noted below.

> Gerald L. Kucia, Esq.
> Special Assistant Attorney General - Civil
> Post Office Box 220
> Jackson, Mississippi 39205
> E-mail: Gerald.Kucia@ago.ms.gov

This the 7th day of December, 2021.

> Respectfully submitted,
>
> MISSISSIPPI STATE DEPARTMENT OF
> HEALTH AND JIM CRAIG
>
> By:   LYNN FITCH, ATTORNEY GENERAL
>       STATE OF MISSISSIPPI
>
> By:   s/Gerald L. Kucia
>       GERALD L. KUCIA (MSB #8716)
>       Special Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi  39205-0220
Tel.:  (601) 359-4072
Fax:  (601) 359-2003
Gerald.kucia@ago.ms.gov

ATTORNEY FOR DEFENDANTS MISSISSIPPI
STATE DEPARTMENT OF HEALTH AND
JIM CRAIG

## CERTIFICATE OF SERVICE

    I, Gerald L. Kucia, Special Assistant Attorney General and attorney for Defendants Mississippi State Department of Health and Jim Craig do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing to the Court's ECF system which sent notification of such filing to all counsel of record.

                                            s/Gerald L. Kucia
                                            GERALD L. KUCIA (MSB #8716)
                                            Special Assistant Attorney General