UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| J.W., a minor, by and through Amanda Williams, Guardian and Next Friend<br><br>Plaintiff,<br><br>v.<br><br>The City of Jackson, Mississippi et al.,<br><br>Defendants. | Case No.: 3:21-cv-00663-CWR-LGI<br><br>Hon. Carlton W. Reeves |

———————————————————————————————————/

DANIELS, RODRIGUEZ, BERKELEY, DANIELS & CRUZ, P.A.
Richard G. Daniels
Attorney for Defendant, Trilogy Engineering Services, LLC
4000 Ponce De Leon Boulevard, Ste. 800
Coral Gables, FL 33146
(305) 448-7988
rdaniels@drbdc-law.com

———————————————————————————————————/

## APPEARANCE

**NOW COMES** Davide Macelloni, Esq., and hereby enters his Appearance on behalf of the Defendant, Trilogy Engineering Services, LLC, in the above matter.

Dated: January 12, 2022

          Respectfully submitted,

By:    */s/ Davide Macelloni*
       Davide Macelloni
       DANIELS, RODRIGUEZ, BERKELEY
       DANIELS & CRUZ, P.A.
       *Attorneys for Trilogy Engineering Services, LLC*
       4000 Ponce De Leon Blvd., Ste. 800
       Coral Gables, FL 33146
       (305) 448-7988
       dmacelloni@drbdc-law.com

## CERTIFICATE OF SERVICE

  The undersigned certifies that on January 12, 2022, I electronically filed an Appearance with the Clerk of the Court using ECF system which will send notification of such filing to all attorneys of record.

           Respectfully submitted,

By:  */s/ Davide Macelloni*
    Davide Macelloni
    DANIELS, RODRIGUEZ, BERKELEY
    DANIELS & CRUZ, P.A.
    *Attorneys for Trilogy Engineering Services, LLC*
    4000 Ponce De Leon Blvd., Ste. 800
    Coral Gables, FL 33146
    (305) 448-7988
    rdaniels@drbdc-law.com