# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| J.W., a minor, by and through Amanda Williams, Guardian and Next Friend<br><br>Plaintiff,<br><br>v.<br><br>The City of Jackson, Mississippi et al.,<br><br>Defendants. | Case No.: 3:21-cv-00663-CWR-LGI<br><br>Hon. Carlton W. Reeves |

_____/

DANIELS, RODRIGUEZ, BERKELEY, DANIELS & CRUZ, P.A.
Richard G. Daniels
Attorney for Defendant, Trilogy Engineering Services, LLC
4000 Ponce De Leon Boulevard, Ste. 800
Coral Gables, FL 33146
(305) 448-7988
rdaniels@drbdc-law.com

_____/

## APPEARANCE

**NOW COMES** Richard G. Daniels, Esq., and hereby enters his Appearance on behalf of the Defendant, Trilogy Engineering Services, LLC, in the above matter.

Dated: January 12, 2022

              Respectfully submitted,

      By: */s/ Richard G. Daniels*
          Richard G. Daniels
          DANIELS, RODRIGUEZ, BERKELEY
          DANIELS & CRUZ, P.A.
          *Attorneys for Trilogy Engineering Services, LLC*
          4000 Ponce De Leon Blvd., Ste. 800
          Coral Gables, FL 33146
          (305) 448-7988
          rdaniels@drbdc-law.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 12, 2022, I electronically filed an Appearance with the Clerk of the Court using ECF system which will send notification of such filing to all attorneys of record.

                                    Respectfully submitted,

By: */s/ Richard G. Daniels*
      Richard G. Daniels
      DANIELS, RODRIGUEZ, BERKELEY
      DANIELS & CRUZ, P.A.
      *Attorneys for Trilogy Engineering Services, LLC*
      4000 Ponce De Leon Blvd., Ste. 800
      Coral Gables, FL 33146
      (305) 448-7988
      rdaniels@drbdc-law.com