**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**J.W., A MINOR, BY AND THROUGH AMANDA WILLIAMS
AS GUARDIAN AND NEXT FRIEND                                              PLAINTIFF**

**V.                                       CIVIL ACTION NO. 3:21-CV-00663-CWR-LGI**

**THE CITY OF JACKSON, MISSISSIPPI;
CHOKWE A. LUMUMBA JR.; TONY YARBER;
KISHIA POWELL; ROBERT MILLER;
JARRIOT SMASH; THE MISSISSIPPI STATE
DEPARTMENT OF HEALTH; JIM CRAIG;
TRILOGY ENGINEERING SERVICES LLC;
AND JOHN DOES 1–40                                                           DEFENDANTS**

## NOTICE OF ENTRY OF APPEARANCE

**COMES NOW**, Claire Barker, Special Assistant to the City Attorney, and enters her appearance, as one of the attorneys for the Defendant City of Jackson in the above styled and numbered civil action.

**RESPECTFULLY** submitted this the 14th day of January, 2021.

                          **CITY OF JACKSON, MISSISSIPPI**

                          By: /s/ Claire Barker
                          Claire Barker, MSB #101312
                          SPECIAL ASSISTANT TO THE CITY ATTORNEY

**OF COUNSEL:**

**OFFICE OF THE CITY ATTORNEY**
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
Telephone: 601-960-1799
Facsimile: 601-960-1756
*Attorneys for the City of Jackson*

## **CERTIFICATE OF SERVICE**

I, Claire Barker, one of the attorneys for the Defendant, do hereby certify that I have served this day via Electronic Filing, a true and correct copy of the above and foregoing Notice of Appearance to all counsel of record.

So certified, this the 14th day of January 2021

/s/ Claire Barker_____
Claire Barker