

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

J.W., a minor, by and through Amanda Williams
as Guardian and Next Friend,

    Plaintiff,

v.

The City of Jackson, Mississippi; Chokwe A.
Lumumba Jr.; Tony Yarber; Kishia Powell;
Robert Miller; Jarriot Smash; the Mississippi
State Department of Health; Jim Craig; Trilogy
Engineering Services LLC; and John Does 1-40,

    Defendants.

Civil Action No.: 3:21-cv-663-CWR-LGI

**ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION OF TIME**

    **THIS MATTER** is before the Court on the Unopposed Motion of Defendants Mississippi State Department of Health ("MSDH") and Jim Craig (collectively "the State Defendants") for an extension of time to respond to Plaintiff's Original Complaint and Jury Trial Demand. *See* Motion, Doc. No. 39. Having been fully advised in the premises, the Court finds that the Motion is well-taken and should be granted.

    **IT IS THEREFORE ORDERED** that the current deadline for the State Defendants to respond to the Original Complaint is hereby vacated. Following the filing of Plaintiff's motion

1

for leave to file an Amended Complaint, the State Defendants shall respond as follows:

- In the event Plaintiff is granted leave to file the Amended Complaint, the State Defendants shall respond to the Amended Complaint within twenty-one days after it is filed.

- In the event Plaintiff is denied leave to file the Amended Complaint, the State Defendants shall respond to the Original Complaint within twenty-one days after the entry of such denial.

This the 18TH day of January, 2022.

                                        s/LaKeysha Greer Isaac
                                        LAKEYSHA GREER ISAAC
                                        UNITED STATES MAGISTRATE JUDGE