# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

J.W., A MINOR, BY AND THROUGH AMANDA WILLIAMS
AS GUARDIAN AND NEXT FRIEND,                                                                    **PLAINTIFF**

VS.                                    CIVIL ACTION NUMBER 3:21-cv-00663-CWR-LGI

THE CITY OF JACKSON, MISSISSIPPI; CHOWKE A.                           **DEFENDANTS**
LUMUMBA, JR.; TONY YARBER; KISHIA POWELL;
ROBERT MILLER; JARRIOT SMASH; THE MISSISSIPPI
STATE DEPARTMENT OF HEALTH; JIM CRAIG; TRILOGY
ENGINEERING SERVICES, LLC; AND JOHN DOES 1 – 40

## AGREED ORDER

THIS MATTER, having come before the Court on Defendants City of Jackson, Mayor Chokwe A. Lumumba Jr., Tony Yarber, Kishia Powell, Robert Miller, and Jerriot Smash's Unopposed Motion for Extension of Time to File Answer or Other Responsive Pleading [Doc. 42], and the Court, being advised that all parties are in agreement to same, does hereby find that said Motion is well-taken and is therefore GRANTED.

IT IS THEREFORE ORDERED AND ADJUDGED that in the event this Court disallows Plaintiffs' request for leave to file an amended complaint, Defendants will have twenty-one (21) days from any such ruling to answer or otherwise respond to the Original Complaint [Doc. 1].

This the 19th day of January, 2022.

                                            /s/ LaKeysha Greer Isaac
                                      UNITED STATES MAGISTRATE JUDGE