# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**J. W., a minor, by and through AMANDA**
**WILLIAMS as Guardian and Next Friend**                              **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO.: 3:21-cv-663-CWR-LGI**

**THE CITY OF JACKSON, MISSISSIPPI; ET AL**                          **DEFENDANTS**

## ORDER GRANTING UNOPPOSED
## MOTION FOR EXTENSION OF TIME

**THIS MATTER** is before the Court on the Unopposed Motion of Defendant Trilogy Engineering Services LLC's ("Trilogy") for an Extension of Time to File Answer or Other Responsive Pleading to Plaintiff's Original Complaint and Jury Trial Demand (the "Complaint"). *See* Mot. [ECF No. 43]. Having been fully advised in the premises, the Court finds that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that the current deadline for Trilogy to respond to the Complaint is hereby vacated. Following the filing of Plaintiff's motion for leave to file an Amended Complaint, Trilogy shall respond as follows:

- In the event Plaintiff is granted leave to file the Amended Complaint, Trilogy shall respond to the Amended Complaint within twenty-one days after it is filed.

- In the event Plaintiff is denied leave to file the Amended Complaint, Trilogy shall respond to the Complaint within twenty-one days after the entry of such denial.

This the 21ST day of January, 2022.

                                    s/LaKeysha Greer Isaac
                                    LAKEYSHA GREER ISAAC
                                    UNITED STATES MAGISTRATE JUDGE