IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

J.W., A MINOR, BY AND THROUGH AMANDA WILLAIMS
AS GUARDIAN AND NEXT FRIEND,                                     PLAINTIFF

V.                                           CIVIL ACTION NO. 3:21-CV-00663-CWR-LGI

THE CITY OF JACKSON, MISSISSIPPI; CHOKWE A. LUMUMBA JR.; TONY YARBER; KISHIA POWELL; ROBERT MILLER; JARRIOT SMASH; THE MISSISSIPPI STATE DEPARTMENT OF HEALTH; JIM CRAIG; TRILOGY ENGINEERING SERVICES LLC; AND JOHN DOES 1–40          DEFENDANTS

## ORDER GRANTING UNOPPOSED MOTION TO FILE AMENDED COMPLAINT AND JURY TRIAL DEMAND

**THIS MATTER** is before the Court on the Unopposed Motion to File Amended Complaint and Jury Trial Demand from Plaintiff J.W., a minor, by and through Amanda Williams as Guardian and next friend, *et al*. *See* Doc. No. 49. Having been fully advised in the premises, the Court finds that the Motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Plaintiff shall file the Proposed Amended Complaint and Jury Trial Demand reflected in Exhibit A from their Motion on or before February 28, 2022.

SO ORDERED, this the 17th day of February, 2022.

/s/ LaKeysha Greer Isaac
UNITED STATES MAGISTRATE JUDGE