**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

J.W., A MINOR, BY AND THROUGH AMANDA WILLAIMS
AS GUARDIAN AND NEXT FRIEND,                                              **PLAINTIFF**

V.                                                         CIVIL ACTION NO. 3:21-CV-00663-CWR-LGI

THE CITY OF JACKSON, MISSISSIPPI; CHOKWE A. LUMUMBA JR.; TONY YARBER; KISHIA POWELL; ROBERT MILLER; JARRIOT SMASH; THE MISSISSIPPI STATE DEPARTMENT OF HEALTH; JIM CRAIG; TRILOGY ENGINEERING SERVICES LLC; AND JOHN DOES 1–40              **DEFENDANTS**

---

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Terris C. Harris J.D., LL.M. and the law firm of The Cochran Firm-Jackson, LLC 197 Charmant Place, Suite 2, Ridgeland, MS 39157, Telephone (601) 790-7600 hereby enter their appearance as attorney of record for Tony Yarber, Kishia Powell, and Jarriot Smash, in the above styled and numbered case

**WITNESS** my signature this the 16th day of February 2022.

                                              Respectfully Submitted,

                                              THE COCRHAN FIRM-JACKSON, LLC

                                              By: /s/ Terris C. Harris, J.D., LL.M.
                                                    Terris C. Harris, Esquire
                                                    Miss. Bar 99433

OF COUNSEL:

Terris C. Harris, J.D., LL.M. (MSB# 99433)
THE COCRHAN FIRM-JACKSON, LLC
197 Charmant Place, Suite 2
Ridgeland, MS 39157
tharris@cochranfirmjackson.com
601.790.7600 (Telephone)
866.860.3857 (Facsimile)

## **CERTIFICATE OF SERVICE**

      I, Terris C. Harris J.D., LL. M. do hereby certify that on this 16th day of February 2022, a true and correct copy of the foregoing instrument was filed with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

                                                     */s/ Terris C. Harris*
                                                     Terris C. Harris