# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

J.W., a minor, by and through Amanda Williams
as Guardian and Next Friend,

        Plaintiff,                            Civil Action No.: 3:21-cv-663-CWR-LGI

v.

The City of Jackson, Mississippi; Chokwe A.
Lumumba Jr.; Tony Yarber; Kishia Powell;
Robert Miller; Jarriot Smash; the Mississippi
State Department of Health; Jim Craig; Trilogy
Engineering Services LLC; and John Does 1-40,

        Defendants.

---

## NOTICE OF APPEARANCE

---

**PLEASE TAKE NOTICE** Margaret Z. Smith of BUTLER SNOW LLP hereby enters her appearance as counsel of record for Defendants Mississippi State Department of Health ("MSDH") and Jim Craig ("Craig").

Respectfully submitted, this the 10th day of March 2022.

                          MISSISSIPPI STATE DEPARTMENT OF HEALTH
                          And JIM CRAIG


                          By:     */s/ Margaret Z. Smith*
                                Margaret Z. Smith (MB NO. 104178)

                          ONE OF THEIR ATTORNEYS

OF COUNSEL:

Meade W. Mitchell, MB # 9649
Orlando R. (Rod) Richmond, MB # 9885
Phillip S. Sykes, MB # 10126
Edderek (Beau) Cole, MB # 100444
Margaret Z. Smith, MB # 104178
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Post Office Box 6010
Ridgeland, MS 39158-6010
Tel: 601-985-4560
Fax: 601-985-4500
Meade.Mitchell@butlersnow.com
Orlando.Richmond@butlersnow.com
Phillip.Sykes@butlersnow.com
Beau.Cole@butlersnow.com
Margaret.Smith@butlersnow.com

Gerald L. Kucia, MB #8716
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4072
Fax: (601) 359-2003
Gerald.Kucia@ago.ms.gov

ATTORNEYS FOR DEFENDANTS MISSISSIPPI
STATE DEPARTMENT OF HEALTH AND JIM CRAIG

## CERTIFICATE OF SERVICE

I, Margaret Z. Smith, one of the attorneys for Defendants Mississippi State Department of Health and Jim Craig, do hereby certify that I have this day served a true and correct copy of the above and foregoing document by filing it using the ECF system which sent notice of such filing to all counsel of record.

SO CERTIFIED, this the 10th day of March 2022.

/s/ Margaret Z. Smith
MARGARET Z. SMITH

63549009.v1