UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

J.W. a minor, by and through Amanda Williams,
as Guardian and Next Friend, et al.

       Plaintiff,                             Civil Action No.: 3:21-cv-663-CWR-LGI

v.

The City of Jackson, Mississippi; Chokwe A.
Lumumba Jr.; Tony Yarber; Kishia Powell;
Robert Miller; Jarriot Smash; The Mississippi
State Department of Health; Jim Craig; Trilogy
Engineering Services LLC; and John Does 1-40,

       Defendants.

## UNOPPOSED MOTION FOR LEAVE TO FILE
## MEMORANDUM BRIEFS IN EXCESS OF PAGE LIMIT

Defendants Mississippi State Department of Health and Jim Craig ("MSDH and Craig") submit their Unopposed Motion for Leave to File Memorandum Briefs in Excess of Page Limit[1] and would show unto the Court as follows: [2]

### REASON FOR REQUEST FOR ADDITIONAL PAGES

1.     Plaintiff filed an Amended Complaint on February 17, 2022.

2.     Plaintiff's claims are complex and are based on the alleged actions taken by numerous different parties over a prolonged period of time. Plaintiff's Amended Complaint contains 439 paragraphs and is 92 pages in length, exclusive of exhibits which account for an additional 44 pages. Plaintiff asserts two Section 1983 claims against Craig individually, as well as a state-law negligence claim against MSDH and Craig.

---

[1] MSDH and Craig specifically preserve and do not waive of any and all defenses.
[2] Due to the simple nature of the relief sought herein, MSDH and Craig request that they be excused from filing a separate memorandum of law in support of this motion.

3. MSDH and Craig intend to file a joint motion to dismiss the Second Amended Complaint. Plaintiff's claims against MSDH and Craig are based on the same underlying conduct. However, the legally distinct nature of the claims requires MSDH and Craig to assert some independent defenses, i.e. defenses that do not apply to both defendants. While MSDH and Craig conceivably could have filed two separate motions to dismiss, it would have been impractical and inefficient under the circumstances and would not promote judicial economy.

4. To avoid inundating the Court with separate briefs, motions, and exhibits, and for the sake of simplicity and judicial efficiency, MSDH and Craig plan to address all claims in a single motion to dismiss and supporting memorandum. A single motion accomplishes the purpose of limiting the number of pages number by avoiding excessive verbiage. *See Shephard v. Cleveland School District*, No. 4:17-CV-91-DMB-JMV, 2022 WL 45473, * (N.D. Miss. Feb. 14, 2022) (Granting an unopposed motion for excess pages after finding that a single filed rebuttal in response to multiple responses "accomplish[ed] the purpose of avoiding excessive verbiage.").

5. Local Rule 7(b)(5) provides a movant's "original and rebuttal memorandum briefs together may not exceed a total of thirty-five pages" and that a "respondent's memorandum brief may not exceed thirty-five pages." Plaintiff does not oppose that MSDH and Craig being afforded a total of forty-five pages for their original and rebuttal memorandum briefs together. Similarly, MSDH and Craig do not oppose Plaintiff being afforded a total of forty-five pages for their respondent's memorandum.

6. As such, MSDH and Craig respectfully request that the Court afford them ten (10) extra briefing pages and extend their total page limit to forty-five (45) total pages for their original and rebuttal memorandums. Similarly, MSDH and Craig ask that that the page limit for

Plaintiff likewise be extended to 45 total pages. Undersigned counsel consulted with Plaintiff's counsel, who confirmed they do not oppose this request.

Respectfully submitted, this 10th of March, 2022.

                        MISSISSIPPI STATE DEPARTMENT OF
                        HEALTH AND JIM CRAIG

By:   */s/ Meade W. Mitchell*
       Meade W. Mitchell, MB # 9649

       ONE OF THEIR ATTORNEYS

OF COUNSEL:
Meade W. Mitchell, MB # 9649
Orlando R. (Rod) Richmond, MB # 9885
Phillip S. Sykes, MB # 10126
Edderek (Beau) Cole, MB # 100444
Margaret Z. Smith, MB # 104178
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Post Office Box 6010
Ridgeland, MS 39158-6010
Tel: 601-985-4560
Fax: 601-985-4500
Meade.Mitchell@butlersnow.com
Orlando.Richmond@butlersnow.com
Phillip.Sykes@butlersnow.com
Beau.Cole@butlersnow.com
Margaret.Smith@butlersnow.com

Gerald L. Kucia, MB #8716
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4072
Fax: (601) 359-2003
Gerald.kucia@ago.ms.gov

## **CERTIFICATE OF SERVICE**

I, Meade W. Mitchell, one of the attorneys for Defendants Mississippi State Department of Health and Jim Craig, do hereby certify that I have this day served a true and correct copy of the above and foregoing document by filing it using the ECF system which sent notice of such filing to all counsel of record.

SO CERTIFIED, this the 10th day of March, 2022.

*/s/ Meade W. Mitchell*
MEADE W. MITCHELL