

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

J.W., A MINOR, BY AND THROUGH AMANDA WILLIAMS,
GUARDIAN AND NEXT FRIEND, ET AL.                     **PLAINTIFFS**

**VS**                                        **CASE NUMBER 3:21-cv-00663-CWR-LGI**

**THE CITY OF JACKSON, ET AL.**                            **DEFENDANTS**

### NOTICE OF CONVENTIONAL FILING

☐ _____ is in paper form only and is being electronically filed under seal/or restriction by the Office of the Clerk pursuant to order filed on _____. This document has been manually served on all parties.

**OR**

X   The City of Jackson, Mississippi, Chokwe A. Lumumba, Tony Yarber, Kishia Powell, Robert Miller and Jerriot Smash's Answer to Amended Complaint and Jury Trial Demand cannot be filed electronically. This document has been manually served on all parties.

This, the 11th day of March, 2022.

Respectfully submitted,

_____
CLARENCE WEBSTER, III

Clarence Webster, III (MSB #102111)
Kaytie M. Pickett (MSB #103202)
Adam Stone (MSB #10412)
Amber L. Kipfmiller (MSB #105758)
JONES WALKER LLP
190 E. Capitol Street, Suite 800
Jackson, MS 39201
Telephone: (601) 949-4900
Facsimile: (601) 949-4804
cwebster@joneswalker.com
kpickett@joneswalker.com
astone@joneswalker.com
akipfmiller@joneswalker.com

{JX512288.1}

## CERTIFICATE OF SERVICE

I hereby certify that I have this date filed the foregoing with the Clerk of Court via hand-delivery and a true and correct copy of the foregoing document was served upon all counsel of record by the Court's CM/ECF electronic system.

Dated: March 11, 2022.

_____
CLARENCE WEBSTER, III