**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**J.W., A MINOR, BY AND THROUGH AMANDA WILLIAMS,**
**GUARDIAN AND NEXT FRIEND, ET AL.**                                        **PLAINTIFFS**

**VS**                                        **CASE NUMBER 3:21-cv-00663-CWR-LGI**

**THE CITY OF JACKSON, ET AL.**                                        **DEFENDANTS**

**ENTRY OF APPEARANCE**

Clarence Webster, III, of the law firm of Jones Walker, LLP, hereby enters his appearance

as counsel of record for Defendant The City of Jackson, Mississippi in the above-referenced action.

This, the 14th day of March, 2022.

Respectfully submitted,

**THE CITY OF JACKSON, MISSISSIPPI**

By Its Attorneys,
Jones Walker LLP

*/s/ Clarence Webster, III*_____
Clarence Webster, III (MS Bar #102111)
Kaytie M. Pickett (MS Bar #103202)
Adam Stone (MS Bar #10412)
Jones Walker LLP
Suite 800, 190 E. Capitol St.
Jackson, MS  39201
Telephone: (601) 949-4900
Facsimile: (601) 949-4804
cwebster@joneswalker.com
kpickett@joneswalker.com
astone@joneswalker.com
akipfmiller@joneswalker.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing pleading or other paper with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

Dated: March 14, 2022.

/s/ Clarence Webster, III
CLARENCE WEBSTER, III