# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| J.W., A MINOR, BY AND THROUGH AMANDA WILLIAMS, GUARDIAN AND NEXT FRIEND, ET AL. | **PLAINTIFFS** |
| VS | CASE NUMBER 3:21-cv-00663-CWR-LGI |
| THE CITY OF JACKSON, ET AL. | **DEFENDANTS** |

## ENTRY OF APPEARANCE

Kaytie M. Pickett, of the law firm Jones Walker, LLP, hereby enters her appearance as counsel of record for Defendant The City of Jackson, Mississippi in the above-referenced action.

This, the 14th day of March, 2022.

Respectfully submitted,

**THE CITY OF JACKSON, MISSISSIPPI**

By Its Attorneys,
Jones Walker LLP

*/s/ Kaytie M. Pickett*
Clarence Webster, III (MS Bar #102111)
Kaytie M. Pickett (MS Bar #103202)
Adam Stone (MS Bar #10412)
Jones Walker LLP
Suite 800, 190 E. Capitol St.
Jackson, MS  39201
Telephone: (601) 949-4900
Facsimile: (601) 949-4804
cwebster@joneswalker.com
kpickett@joneswalker.com
astone@joneswalker.com
akipfmiller@joneswalker.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing pleading or other paper with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

Dated: March 14, 2022.

*/s/ Kaytie M. Pickett*
KAYTIE M. PICKETT