# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| J.W., a minor, by and through, AMANDA WILLIAMS, Guardian and Next Friend, | Case No. 3:21-cv-00663 |
| Plaintiffs, | Hon. Carlton W. Reeves<br>Mag. LaKeysha Greer Isaac |
| v. | |
| THE CITY OF JACKSON, MISSISSIPPI, *et al.*, | |
| Defendants. | |

_____/

| | |
|---|---|
| This filing relates to:<br>P.R., a minor, by and through, LONDON REED, Guardian and Next Friend, *et al.*, | Case No. 3:21-cv-00667 |
| Plaintiffs, | Hon. Carlton W. Reeves<br>Mag. LaKeysha Greer Isaac |
| v. | |
| THE CITY OF JACKSON, MISSISSIPPI, *et al.*, | |
| Defendants. | |

## UNOPPOSED MOTION FOR EXTENSION
## OF BREIFING SCHEDULE ON
## MOTION TO DISMISS BY DEFENDANTS
## MISSISSIPPI STATE DEPARTMENT OF HEALTH AND JIM CRAIG

COMES NOW, the Plaintiff J.W., a minor, by and through Amanda Williams as guardian and next friend, (hereafter "Plaintiff"), by and through counsel of record, and respectfully move for an agreed extension of the response/reply briefing schedule on the Motion to Dismiss by Defendants Mississippi State Department of Health and Jim Craig, (hereafter "State Defendants"), as follows:

1. On March 10, 2022, State Defendants entered a Motion to Dismiss (ECF No. 60) and a Memorandum of Law in Support of the Motion to Dismiss (ECF No. 61) against Plaintiff's Amended Complaint (ECF No. 51).

2. Pursuant to L. U. Civ. R. 7(b)(4) "[a]t the time the motion is served…. [c]ounsel for respondent must, within fourteen days after service of movant's motion and memorandum brief, file a response and memorandum brief in support of the response. Counsel for movant desiring to file a rebuttal may do so within seven days after the service of the respondent's response and memorandum brief. A party must make any request for an extension of time in writing to the judge who will decide the motion."

3. The response from Plaintiff is not due yet, however, Plaintiff requests an extension up to and including April 25, 2022 in which to respond to the Motion to Dismiss and Memorandum of Law in Support by State Defendants.

4. The undersigned has conferred with counsel for State Defendants who have no objections to the requested deadline extension so long as they also receive an extension for their rebuttal up to and including May 16, 2022. Plaintiff has no objection to the State Defendants request for this additional time.

5. As such, Plaintiff respectfully requests up to and including April 25, 2022 for the response to the Motion to Dismiss and Memorandum and requests that State Defendants receive up to and including May 16, 2022 to submit a rebuttal. This request is agreed to by State Defendants.

6. The relief sought will not delay the administration of this matter in any way. Further, this request is being made for good cause and is not made for the purpose of delay, harassment, or any other purpose rooted in bad faith.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff J.W., a minor, by and through Amanda Williams as guardian and next friend, requests that this Court enter an order for the extension of deadlines for Plaintiff and State Defendants in the Response, Response Memorandum Brief, and Rebuttal Brief, as follows:

- Plaintiff shall be allowed an extension up to and including April 25, 2022, for their response to the Motion to Dismiss by the State Defendants.
- State Defendants shall be allowed an extension up to and including May 16, 2022, for their rebuttal to Plaintiff's response.

Dated: March 18, 2022

Respectfully submitted,

**LEVY KONIGSBERG, LLP**

/s/ Kimberly L. Russell
Kimberly L. Russell, *PHV* 49630
Corey M. Stern, *PHV* 49568
John P. Guinan, *PHV* 49681
605 Third Avenue, 33rd Floor
New York, New York 10158
(212) 605-6298

-and-

**CHHABRA & GIBBS, P.A.**

/s/ Rogen K. Chhabra
Rogen K. Chhabra
Darryl M. Gibbs
120 N. Congress St., Suite 200
Jackson, MS 39201
(601) 948-8005

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2022, the foregoing document was filed via the U.S. District Court's CM/ECF electronic system and a copy thereof was served upon all counsel of record.

/s/ Kimberly L. Russell
Kimberly L. Russell