## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| J.W., a minor, by and through AMANDA WILLIAMS, Guardian and Next Friend. | Case No.: 3:21-cv-00663-CWR-LGI |
| Plaintiff, | Hon. Carlton W. Reeves<br>Mag. LaKeysha Greer Isaac |
| v. | |
| THE CITY OF JACKSON, MISSISSIPPI; CHOKWE A. LUMUMBA, JR.; TONY YARBER; KISHIA POWELL; ROBERT MILLER; JARRIOT SMASH; THE MISSISSIPPI DEPARTMENT OF HEALTH; JIM CRAIG; TRILOGY ENGINEERING SERVICES, LLC; AND John Does 1-40 | |
| Defendants. | |

**DEFENDANT, TRILOGY ENGINEERING SERVICES, LLC'S MOTION TO STRIKE PARAGRAPHS 21, 22, 23, AND 301 OF PLAINTIFF'S AMENDED COMPLAINT AND JURY TRIAL DEMAND**

Defendant, Trilogy Engineering Services, LLC ('Trilogy"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 12(f), hereby files its Motion to Strike Paragraphs 21, 22, 23, and 301 of Plaintiff's Amended Complaint and Jury Trial Demand (the "Motion to Strike"), and in support thereof states as follows:

1. This lawsuit is about alleged lead contamination in drinking water provided by the City of Jackson ("City") to its residents, including Plaintiff. See generally the Amended Complaint. Generally, the Amended Complaint claims that the named Defendants – including Trilogy, the City, the Mississippi Department of Health, and related government employees – made decisions that allegedly led to Plaintiff's exposure to toxic lead in the City's drinking water.

2. Plaintiff asserts two Counts against Trilogy: Count IV for professional negligence, and Count V for negligence. However, Plaintiff's allegations against Trilogy at Paragraphs 21, 22, 23, and 301 of the Amended Complaint consist of impertinent, immaterial, and scandalous matters that have no relevance nor relationship to the issues being litigated and are highly prejudicial to Trilogy's ability to defend itself against Plaintiff's claims and should therefore be stricken from the Amended Complaint.

3. In support of this Motion, Trilogy relies upon the supporting memorandum of law filed concurrently herewith.

**WHEREFORE**, Trilogy Engineering Services, LLC respectfully requests this Court to enter an Order granting Trilogy's Motion to Strike Paragraphs 21, 22, 23, and 301 of Plaintiff's Amended Complaint as impertinent, immaterial, and scandalous, and for any further relief as this Court may deem just and proper.

This, the 12th day of April, 2022.

                                                          Respectfully submitted,

By:   */s/ Davide Macelloni*
        Richard G. Daniels (FSB No. 236896)
        Davide Macelloni (FSB No. 1010884)
        DANIELS, RODRIGUEZ, BERKELEY
        DANIELS & CRUZ, P.A.
        *Attorneys for Trilogy Engineering Services, LLC*
        4000 Ponce De Leon Blvd., Ste. 800
        Coral Gables, FL 33146
        (305) 448-7988
        rdaniels@drdbc-law.com

>*/s/ D. Jason Childress*
>D. Jason Childress (MSB No. 103678)
>WISE CARTER CHILD & CARAWAY, P.A.
>401 E. Capitol Street, Suite 600 (39201)
>Post Office Box 651
>Jackson, MS 39205-0651
>P: 601-968-5500
>F: 601-968-5593
>djc@wisecarter.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 12, 2022, I electronically filed an Appearance with the Clerk of the Court using ECF system which will send notification of such filing to all attorneys of record.

>Respectfully submitted,

By: */s/ Davide Macelloni*
     Davide Macelloni