# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| J.W., a minor, by and through, AMANDA WILLAIMS, Guardian and Next Friend, | Case No. 3:21-cv-00663-CWR-LGI |
| Plaintiffs, | Hon. Carlton W. Reeves<br>Mag. LaKeysha Greer Isaac |
| v. | |
| THE CITY OF JACKSON, MISSISSIPPI, *et al.*, | |
| Defendant. | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME IN RESPONSE TO THE MOTION TO DISMISS BY DEFENDANTS MISSISSIPPI STATE DEPARTMENT OF HEALTH AND JIM CRAIG

COMES NOW, the Plaintiff J.W., a minor, by and through Amanda Williams as guardian and next friend, by and through counsel of record, and respectfully moves for an agreed extension of the deadline to respond to the Motion to Dismiss by Defendants Mississippi State Department of Health and Jim Craig, (hereafter "State Defendants"), as follows:

1. On March 10, 2022, State Defendants entered a Motion to Dismiss (ECF No. 60) and a Memorandum of Law in Support of the Motion to Dismiss (ECF No. 61) against Plaintiff's Amended Complaint (ECF No. 51).

2. Pursuant to L. U. Civ. R. 7(b)(4) "[a]t the time the motion is served…. [c]ounsel for respondent must, within fourteen days after service of movant's motion

and memorandum brief, file a response and memorandum brief in support of the response. Counsel for movant desiring to file a rebuttal may do so within seven days after the service of the respondent's response and memorandum brief. A party must make any request for an extension of time in writing to the judge who will decide the motion."

3. Plaintiff and State Defendants requested and received an initial deadline extension on March 23, 2022. Plaintiff was granted a new response deadline of April 25, 2022. State Defendants were granted a new rebuttal deadline of May 16, 2022.

4. The response from Plaintiff is not due yet, however, Plaintiff requests an additional extension up to and including May 9, 2022 in which to respond to the Motion to Dismiss and Memorandum of Law in Support by State Defendants.

5. The undersigned has conferred with counsel for State Defendants who have no objections to the requested deadline extension so long as they also receive a similar extension for their Rebuttal Brief up to and including May 30, 2022.

6. Plaintiff has no objection to both Parties receiving additional time to these deadlines.

7. As such, Plaintiff respectfully requests up to and including May 9, 2022 for the response to the Motion to Dismiss and Memorandum and Plaintiff has no

opposition to State Defendants receiving extended time to respond through the Rebuttal Brief up to and including May 30, 2022.

8. The relief sought will not delay the administration of this matter in any way. Further, this request is being made for good cause and is not made for the purpose of delay, harassment, or any other purpose rooted in bad faith.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff J.W., a minor, by and through Amanda Williams as guardian and next friend, request that this Court enter an order for the extension of deadlines for Plaintiff and State Defendants in both the Response, Response Memorandum Brief, and Rebuttal Brief. Plaintiff shall be allowed an extension up to and including May 9, 2022, for the response to the Motion to Dismiss by the State Defendants. Additionally, State Defendants shall be allowed an extension up to and including May 30, 2022, for their reply to Plaintiff's response.

Dated: April 19, 2022

        Respectfully submitted,

        **LEVY KONIGSBERG, LLP**

        /s/ Kimberly Lynn Russell
        Kimberly L. Russell, *PHV* 49630
        Corey M. Stern, *PHV* 49568
        John P. Guinan, *PHV* 49681
        605 Third Avenue, 33rd Floor
        New York, New York 10158
        (212) 605-6298

            -and-

        **CHHABRA & GIBBS, P.A.**

        /s/ Rogen K. Chhabra
        Rogen K. Chhabra
        Darryl M. Gibbs
        120 N. Congress St., Suite 200
        Jackson, MS 39201
        (601) 948-8005

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2022, the foregoing document was filed via the U.S. District Court's CM/ECF electronic system and a copy thereof was served upon all counsel of record.

/s/ Kimberly L. Russell
Kimberly L. Russell