IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

J.W., A MINOR, BY AND THROUGH AMANDA WILLIAMS,
GUARDIAN AND NEXT FRIEND                                                            PLAINTIFF

VS                                                     CASE NUMBER 3:21-cv-00663-CWR-LGI

THE CITY OF JACKSON, ET AL.                                                       DEFENDANTS

MAYOR CHOKWE A. LUMUMBA AND ROBERT MILLER'S
MOTION FOR QUALIFIED IMMUNITY AND TO DISMISS

Mayor Lumumba and Miller, through counsel and pursuant to Federal Rule of Civil Procedure 12(c), file this Motion for Qualified Immunity and to Dismiss, seeking dismissal of Counts I, II and III of Plaintiff's Amended Complaint [Doc. 51]. In support of the requested relief, Mayor Lumumba and Miller state:

1. In the Amended Complaint, Plaintiff asserts three claims for relief against Mayor Lumumba and Miller: (1) Count I: 42 U.S.C. § 1983 – Fourteenth Amendment Substantive Due Process – Bodily Integrity; (2) Count II: 42 U.S.C. § 1983 – Fourteenth Amendment Substantive Due Process – State Created Danger; and (3) Count III: Negligence. *See* Am. Compl. [Doc. 51] at 77-86.

2. Each Count fails to state a claim upon which relief may be granted against Mayor Lumumba and Miller.

3. Mayor Lumumba and Miller are entitled to the protection afforded by the qualified-immunity defense.

4. Plaintiff has not alleged a state actor's direct, intentional physical contact with Plaintiff; and, therefore, no violation of bodily-integrity.

5. The Fifth Circuit does not recognize a state-created-danger theory of liability.

6. Plaintiff filed the negligence claim (Count III) without giving Mayor Lumumba and Miller the notice required by the Mississippi Tort Claims Act. That claim also fails to state a basis for Mayor Lumumba or Miller's individual liability for Plaintiff's alleged injuries.

7. Accordingly, and for the reasons more fully set forth in their accompanying Memorandum in Support, Mayor Lumumba and Miller request dismissal of Counts I, II and III against them.

RESPECTFULLY SUBMITTED, this the 12th day of May, 2022.

By: */s/ John F. Hawkins*
JOHN F. HAWKINS

John F. Hawkins, Esquire (MSB #9556)
LT Allen, Esquire (MSB #106383)
HAWKINS LAW, P.C.
226 North President Street (39201)
Post Office Box 24627
Jackson, Mississippi 39225-4627
Telephone: (601) 969-9692
Facsimile: (601) 914-3580
john@hgattorneys.com
ltallen@hgattorneys.com
*Counsel for Mayor Chokwe A.*
*Lumumba and Robert Miller*

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2022, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which served a copy of the foregoing on all counsel of record.

*/s/ John F. Hawkins*
JOHN F. HAWKINS