# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

J.W., A MINOR, BY AND THROUGH AMANDA WILLIAMS,
GUARDIAN AND NEXT FRIEND **PLAINTIFF**

VS  CASE NUMBER 3:21-cv-00663-CWR-LGI

THE CITY OF JACKSON, ET AL. **DEFENDANTS**

## JERRIOT SMASH'S MOTION FOR JUDGMENT ON THE PLEADINGS AND/OR QUALIFIED IMMUNITY

Jerriot Smash, through counsel and pursuant to Federal Rule of Civil Procedure 12(c), files this Motion for Judgment on the Pleadings and/or Qualified Immunity, seeking dismissal of Counts I, II and III of Plaintiff's Amended Complaint [Doc. 51] against him. In support of the requested relief, Smash states:

1. In the Amended Complaint, Plaintiff asserts three claims for relief against Smash: (1) Count I: 42 U.S.C. § 1983 – Fourteenth Amendment Substantive Due Process – Bodily Integrity; (2) Count II: 42 U.S.C. § 1983 – Fourteenth Amendment Substantive Due Process – State Created Danger; and (3) Count III: Negligence. *See* Am. Compl. [Doc. 51] at 77-86.

2. Each claim fails to state a claim upon which relief may be granted against Smash.

3. Plaintiff fails to allege Smash participated in any conduct giving rise to Counts I and II. Regardless, Smash is entitled to the protection afforded by qualified immunity.

4. Furthermore, Plaintiff has not alleged a state actor's direct, intentional physical contact with Plaintiff; and, therefore, no violation of bodily-integrity.

5. The Fifth Circuit does not recognize a state-created-danger theory of liability.

6. Additionally, Plaintiff filed the negligence claim (Count III) without giving Smash the notice required by the Mississippi Tort Claims Act. That claim also fails to state a basis for Smash's individual liability for Plaintiff's alleged injuries.

7. Accordingly, and for the reasons more fully set forth in his accompanying Memorandum in Support, Smash requests dismissal of Counts I, II and III against him.

RESPECTFULLY SUBMITTED, this the 12th day of May, 2022.

/s/ Terris C. Harris
TERRIS C. HARRIS

Terris C. Harris (MSB #99433)
THE COCHRAN FIRM-JACKSON, LLC
197 Charmant Place, Suite 2
Ridgeland, Mississippi 39157
Telephone: (601) 790-7600
tharris@cochranfirm.com
*Counsel for Jerriot Smash*

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2022, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which served a copy of the foregoing on all counsel of record.

/s/ Terris C. Harris
TERRIS C. HARRIS