IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

J.W., A MINOR, BY AND THROUGH AMANDA WILLAIMS
AS GUARDIAN AND NEXT FRIEND,                                                                     PLAINTIFF

V.                                              CIVIL ACTION NO. 3:21-CV-00663-CWR-LGI

THE CITY OF JACKSON, MISSISSIPPI; CHOKWE A. LUMUMBA JR.; TONY YARBER; KISHIA POWELL; ROBERT MILLER; JARRIOT SMASH; THE MISSISSIPPI STATE DEPARTMENT OF HEALTH; JIM CRAIG; TRILOGY ENGINEERING SERVICES LLC; AND JOHN DOES 1–40                     DEFENDANTS

## ORDER STAYING DISCOVERY

This matter comes before the Court upon the *Motion for Qualified Immunity and to Dismiss* [82] filed by Defendants Tony Yarber and Kishia Powell on May 12, 2022, *Motion for Qualified Immunity and to Dismiss* [84] filed by Defendants Mayor Chokwe A. Lumumba and Robert Miller on May 12, 2022, and *Motion for Judgment on the Pleadings or, Qualified Immunity* [86] filed by Defendant Jerriot Smash on May 12, 2022. On their face, the Motions assert qualified immunity defenses. Rule 16(b)(3)(B) of the Local Uniform Civil Rules for the Northern and Southern Districts of Mississippi provides in pertinent part:

> Filing a…motion asserting an immunity defense…stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal.

L. U. Civ. R. 16(b)(3)(B). The proceedings in this case are therefore stayed pursuant to the Local Rules. All matters related to the Motions [82], [84], and [86] shall be submitted to the District Judge assigned to this case unless otherwise directed by the referral of specific issues to the Magistrate Judge for resolution or recommendation. Counsel for Plaintiffs shall promptly notify the Magistrate Judge of the entry of any order denying the Motions [82], [84], and [86] and shall submit a proposed order lifting the stay. Within fourteen (14) days of entry of the order lifting the

PD.36200036.1

stay, the parties shall confer as outlined in L. U. Civ. R. 26(c) and all other deadlines will be determined accordingly. A telephonic status conference shall be scheduled within sixty (60) days of the lifting of the stay. The parties should notify the court by letter if within thirty (30) days of the lifting of the stay they have not received notice of the case management conference.

    SO ORDERED this the 13th day of May, 2022.

                             /s/ LaKeysha Greer Isaac
                             UNITED STATES MAGISTRATE JUDGE