# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

J.W., a minor, by and through Amanda Williams  PLAINTIFF
as guardian and next friend

VS.                               CIVIL ACTION NUMBER 3:21-CV-663-CWR-LGI

THE CITY OF JACKSON, MISSISSIPPI; CHOWKE A.
LUMUMBA, JR.; TONY YARBER; KISHIA POWELL;
ROBERT MILLER; JARRIOT SMASH; THE MISSISSIPPI
STATE DEPARTMENT OF HEALTH; JIM CRAIG; TRILOGY
ENGINEERING SERVICES, LLC; AND JOHN DOES 1-40    DEFENDANTS

## UNOPPOSED MOTION FOR ONE DAY EXTENSION OF TIME TO FILE REBUTTAL TO PLAINTIFFS' RESPONSE TO MISSISSIPPI DEPARTMENT OF HEALTH AND JIM CRAIG'S MOTION TO DISMISS

The Mississippi State Department of Health and Jim Craig ("State Defendants"), by and through counsel of record, respectfully move the Court for an agreed one-day extension of the deadline for them to file their Rebuttal to Plaintiffs' Response to their Motion to Dismiss.

1.   The State Defendants' current deadline to file their Rebuttal to Plaintiffs' Response to the State Defendants' Motion to Dismiss is May 30, 2022. [TEXT-ONLY ORDER: ECF 74-1].

2.   The Court, however, will be closed for a legal holiday on May 30, 2022 in observance of Memorial Day. *See* Fed. R. Civ. P. 6(a)(6)(A).

3.   Plaintiffs and the State Defendants agreed to enlarge the time for the State Defendants' to file their Rebuttal to Plaintiffs' Response to the State Defendants' Motion to Dismiss by one day to May 31, 2022.

4.   Counsel for Plaintiffs approves the filing of this Unopposed Motion for One Day Extension of Time to File Rebuttal to Plaintiffs' Response to Mississippi Department of Health and Jim Craig's Motion to Dismiss and the submission of the Proposed Order granting same.

5. This enlargement of time is not sought in bad faith or for the purposes of delay and will not prejudice any party.

6. Due to the straightforward nature of this request, the State Defendants ask that the Court relieve them of the requirement to file a supporting memorandum.

Defendants Mississippi State Department of Health and Jim Craig respectfully request that this Court enter an Order granting them an enlargement of time, through and including May 31, 2022, to file their Rebuttal to Plaintiffs' Response to Mississippi Department of Health and Jim Craig's Motion to Dismiss.

This the 23rd day of May, 2022.

Respectfully submitted,

MISSISSIPPI STATE DEPARTMENT OF
HEALTH AND JIM CRAIG

By:  s/Margaret Z. Smith
      Margaret Z. Smith (MSB # 104178)

OF COUNSEL:

Meade W. Mitchell, MB # 9649
Orlando R. (Rod) Richmond, MB # 9885
Phillip S. Sykes, MB # 10126
Edderek (Beau) Cole, MB # 100444
Margaret Z. Smith, MB # 104178
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Post Office Box 6010
Ridgeland, MS 39158-6010
Tel: 601-985-4560
Fax: 601-985-4500
Meade.Mitchell@butlersnow.com
Orlando.Richmond@butlersnow.com
Phillip.Sykes@butlersnow.com
Beau.Cole@butlersnow.com
Margaret.Smith@butlersnow.com

Gerald L. Kucia, MB #8716
Special Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4072
Fax: (601) 359-2003
Gerald.kucia@ago.ms.gov

ATTORNEYS FOR DEFENDANTS MISSISSIPPI
STATE DEPARTMENT OF HEALTH AND JIM CRAIG

**CERTIFICATE OF SERVICE**

      I, Margaret Z. Smith, one of the attorneys for Defendants Mississippi State Department of Health and Craig do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing to the Court's ECF system which sent notification of such to all counsel of record.

      THIS the 23rd day of May, 2022.

                                                *s/ Margaret Z. Smith*
                                                Margaret Z. Smith (MSB #104178)

64440593.v1