**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI**

J.W., A MINOR, BY AND THROUGH
AMANDA WILLIAMS, AS GUARDIAN
AND NEXT FRIEND                                                                                        PLAINTIFF

V.                                                        CIVIL ACTION NO. 3:21-cv-663-CWR-LGI

THE CITY OF JACKSON, MISSISSIPPI;
CHOKWE A. LUMUMBA, JR.; TONY YARBER;
KISHIA POWELL; ROBERT MILLER; JARRIOT
SMASH; THE MISSISSIPPI STATE DEPARTMENT
OF HEALTH; JIM CRAIG; TRILOGY ENGINEERING
SERVICES, LLC; AND JOHN DOES 1-40                                                       DEFENDANTS

## ENTRY OF APPEARANCE

LaTanya "L.T." Allen, of the law firm Hawkins Law, P.C., hereby enters her appearance as counsel of record for Defendants, Mayor Chokwe Antar Lumumba (incorrectly named in the Complaint as Chokwe A. Lumumba, Jr.) and Robert Miller, in the above-referenced action.

This the 6th day of June, 2022.

**MAYOR CHOKWE ANTAR LUMUMBA and
ROBERT MILLER - DEFENDANTS**

By: */s/ LaTanya "L.T." Allen*
     LaTanya "L.T." Allen

OF COUNSEL:

John F. Hawkins, Esquire (MSB# 9556)
LaTanya "L.T." Allen, Esquire (MSB# 106383)
HAWKINS LAW, P.C.
226 North President Street (39201)
Post Office Box 24627
Jackson, Mississippi 39225-4627
Telephone: (601) 969-9692
Facsimile: (601) 914-3580
john@hgattorneys.com
ltallen@hgattorneys.com

Catoria Martin, Esquire (MSB # 103938)
CITY ATTORNEY
OFFICE OF THE CITY ATTORNEY
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
Telephone: (601) 960-1799
Facsimile: (601) 960-1756
cmartin@city.jackson.ms.us

Clarence Webster, Esquire (MSB # 102111)
Kaytie M. Pickett, Esquire (MSB # 103202)
Adam Stone, Esquire (MSB# 10412)
JONES WALKER
190 East Capitol Street, Suite 800 (39201)
Post Office Box 427
Jackson, Mississippi 39205-0427
Telephone: (601) 709-3344
Facsimile: (601) 949-4804
kpickett@joneswalker.com
cwebster@joneswalker.com

Terris C. Harris, Esquire (MSB # 99433)
THE COCHRAN FIRM-JACKSON, PLLC
197 Charmant Place, Suite 2
Ridgeland, Mississippi 39157-4359
Telephone: (601) 790-7600
Facsimile: (866) 860-3857
tharris@cochranfirm.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day, I electronically filed the foregoing pleading or other papers with the clerk of the court using the ECF system which sent notification of such filing to all counsel of record.

    Submitted this the 6th day of June, 2022.

                                                           */s/ LaTanya "L.T." Allen*
                                                           LaTanya "L.T." Allen