# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**J.W., A MINOR, BY AND THROUGH**
**AMANDA WILLIAMS AS GUARDIAN AND**
**NEXT FRIEND**                                                                                   **PLAINTIFFS**

**V.**                                                              **CAUSE NO.: 3:21-cv-00663-CWR-LGI**

**THE CITY OF JACKSON, ET AL.**                                             **DEFENDANTS**

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, Jacob B. Jordan, hereby enters his appearance in this matter as counsel of record on behalf of the Plaintiff.

Respectfully submitted, this the 23rd day of June, 2022.

/s/*Jacob B. Jordan*
Jacob B. Jordan, MSB 104230
LEVY KONIGSBERG, LLP
605 3rd Avenue, 33rd Floor
New York, New York 10158
(212) 605-6288
jjordan@levylaw.com

## **CERTIFICATE OF SERVICE**

I, Jacob B. Jordan., hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

IT IS SO CERTIFIED, this the 23rd day of June, 2022

/s/ *Jacob B. Jordan*
Jacob B. Jordan, MSB #104230