# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**J.W., A MINOR, BY AND THROUGH AMANDA WILLIAMS,**
**GUARDIAN AND NEXT FRIEND**                                 **PLAINTIFF**

**VS**                                **CASE NUMBER 3:21-cv-00663-CWR-LGI**

**THE CITY OF JACKSON, ET AL.**                                     **DEFENDANTS**

## MOTION TO WITHDRAW CERTAIN COUNSEL

Attorney Amber L. Kipfmiller hereby moves the Court for an Order allowing her to withdraw as counsel of record for the City of Jackson, Mississippi (the "City") in the above-styled matter, and would show the following in support thereof:

1. Amber L. Kipfmiller has withdrawn from the firm Jones Walker LLP, effective June 30, 2022.

2. Attorneys Clarence Webster, Adam Stone, and Kaytie M. Pickett also represent the City in this matter and will continue to do so moving forward.

3. The City will not be prejudiced by the withdrawal of Amber L. Kipfmiller.

4. Accordingly, Amber L. Kipfmiller respectfully requests that she be allowed to withdraw from her representation of the City in this matter, that the withdrawal be effective immediately upon entry of the proposed Order submitted herewith, and that she be removed from the notice list after entry of said Order.

WHEREFORE, Attorney Amber L. Kipfmiller respectfully requests that she be allowed to withdraw as counsel of record for the City of Jackson, Mississippi in this civil action, effective immediately upon entry of the Court's Order, and that she be removed from the notice list after entry of the said Order.

This, the 29th day of June, 2022.

#100495115v11

Respectfully submitted,

**THE CITY OF JACKSON, MISSISSIPPI**

By Its Attorneys,
JONES WALKER LLP

By: */s/ Amber L. Kipfmiller*
    AMBER L. KIPFMILLER

Clarence Webster, III (MSB #102111)
Kaytie M. Pickett (MSB #103202)
Adam Stone (MSB #10412)
Amber L. Kipfmiller (MSB #105758)
JONES WALKER LLP
190 E. Capitol Street, Suite 800
Jackson, MS 39201
Telephone: (601) 949-4900
Facsimile: (601) 949-4804
cwebster@joneswalker.com
kpickett@joneswalker.com
astone@joneswalker.com
akipfmiller@joneswalker.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2022, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which served a copy of the foregoing on all parties.

    */s/ Amber L. Kipfmiller*
    AMBER L. KIPFMILLER