

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**J.W., A MINOR, BY AND THROUGH AMANDA WILLIAMS**
**GUARDIAN AND NEXT FRIEND**                                        **PLAINTIFF**

**VS**                                                      **CASE NUMBER 3:21-cv-00663-CWR-LGI**

**THE CITY OF JACKSON, ET AL.**                                    **DEFENDANTS**

### ORDER ALLOWING WITHDRAWAL OF CERTAIN COUNSEL

HAVING COME BEFORE THE COURT on the Motion to Withdraw Certain Counsel filed by attorney Amber L. Kipfmiller, and the Court having considered the Motion and being fully advised in the premises, the Court finds that the Motion is well-taken and is hereby granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the Motion to Withdraw Certain Counsel as filed by attorney Amber L. Kipfmiller is granted. Amber L. Kipfmiller is hereby withdrawn from her representation of the City of Jackson, Mississippi in this matter and is relieved of all duties associated herewith. Additionally, Amber L. Kipfmiller shall be removed from the notice list in this proceeding following the entry of this Order.

SO ORDERED, this the 29th day of June, 2022.

s/LaKeysha Greer Isaac
MAGISTRATE JUDGE

Prepared and Submitted by:

/s/ Amber L. Kipfmiller
Amber L. Kipfmiller (MSB No. 105758)
JONES WALKER LLP
190 E. Capitol Street, Ste. 800
Jackson, Mississippi 39201
Tel.: (601) 949-4720
Fax: (601) 949-4638
akipfmiller@joneswalker.com

#100495133v1