EXHIBIT A – TO BE CONVENTIONALLY FILED

February 17, 2016 Jackson City Council Video