EXHIBIT B – TO BE CONVENTIONALLY FILED

March 1, 2016 Jackson City Council Video