EXHIBIT C – TO BE CONVENTIONALLY FILED

March 10, 2016 Jackson City Council Video