

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| J.W. | PLAINTIFFS |
| V. | CAUSE NO.: 3:21-cv-00663-CWR-LGI |
| THE CITY OF JACKSON, ET AL. | DEFENDANTS |

*and*

| | |
|---|---|
| P.R., ET AL. | PLAINTIFFS |
| V. | CAUSE NO.: 3:21-cv-00667-CWR-LGI |
| THE CITY OF JACKSON, ET AL. | DEFENDANTS |

*and*

| | |
|---|---|
| C.A., ET AL. | PLAINTIFFS |
| V. | CAUSE NO.: 3:22-cv-00171-CWR-LGI |
| THE CITY OF JACKSON, ET AL. | DEFENDANTS |

### NOTICE OF CONVENTIONAL FILING

PLEASE TAKE NOTICE THAT THE PLAINTIFFS, by and through undersigned counsel, filed their *Response in Opposition to Defendants' Motion to Dismiss Filed in P.R., J.W., and C.A.* [*J.W.* Docket #113], identifying therein and attaching thereto the following exhibits, which are not amenable to electronic filing:

Exhibit A, February 17, 2016 Jackson City Council Video

Exhibit B, March 1, 2016 Jackson City Council Video

Exhibit C, March 10, 2016 Jackson City Council Video

1

A disk containing these exhibits has been sent to the Clerk for conventional filing and has been manually served on all counsel.

It is respectfully submitted, this the 22nd day of August, 2022.

**LEVY KONIGSBERG LLP**

/s/ Corey Stern
Corey Stern, *Pro Hac* 49568
John Guinan, *Pro Hac*
Kimberly Russell, *Pro Hac*
Jacob B. Jordan, MSB 104230
LEVY KONIGSBERG, LLP
605 3rd Avenue, 33rd Floor
New York, New York 10158
(212) 605-6288
jjordan@levylaw.com

**CHHABRA & GIBBS, P.A.**

/s/ Rogen K. Chhabra
Rogen K. Chhabra, MSB #99131
Darryl M. Gibbs
120 N. Congress St., Suite 200
Jackson, Mississippi 39201
(601) 948-8005
rchhabra@cglawms.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Jacob B. Jordan, hereby certify that I have this day manually served the foregoing with the Clerk of the Court and to all counsel of record in accord with the Federal Rules of Civil Procedure.

It is so certified, this the 23rd day of August, 2022.

_____
Jacob B. Jordan, MSB #104230