# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION



J. W., a minor, by and through Amanda Williams, as Guardian and Next Friend,

    Plaintiff,

v.

The City of Jackson, Mississippi, et al.,
    Defendants.

Civil Action No.: 3:21-cv-663-CWR-LGI

## NOTICE OF CONVENTIONAL FILING

Please take notice that Defendants Mississippi State Department of Health ("MSDH") and Jim Craig ("Craig") have filed Exhibit 1 to their Motion to Dismiss Plaintiffs' Complaint filed in C.A. v. City of Jackson, et al., Civil Action No. 3:22-cv-00171 [ECF No. 44], conventionally with the Clerk of this Court on September 1, 2022. MSDH and Craig were granted leave to submit this conventional filing pursuant to this Court's Text-Only Order of August 29, 2022, attached hereto. Exhibit 1 to the Motion to Dismiss has been delivered on a CD and is being maintained in the case file in the Clerk's office. The Notice of Claim Letters contained on the CD are too voluminous to file electronically.

Exhibit 1 will be served on all counsel of record.

Respectfully submitted, this the 1st day of September, 2022.

                MISSISSIPPI STATE DEPARTMENT OF HEALTH
                And JIM CRAIG

                By: _____
                     MEADE W. MITCHELL, MB # 9649

                ONE OF THEIR ATTORNEYS

65603989.v1

OF COUNSEL:

Meade W. Mitchell, MB # 9649
Orlando R. (Rod) Richmond, MB # 9885
Phillip S. Sykes, MB # 10126
Edderek (Beau) Cole, MB # 100444
Margaret Z. Smith, MB # 104178
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Post Office Box 6010
Ridgeland, MS 39158-6010
Tel: 601-985-4560
Fax: 601-985-4500
Meade.Mitchell@butlersnow.com
Orlando.Richmond@butlersnow.com
Phillip.Sykes@butlersnow.com
Beau.Cole@butlersnow.com
Margaret.Smith@butlersnow.com

Gerald L. Kucia, MB #8716
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4072
Fax: (601) 359-2003
Gerald.Kucia@ago.ms.gov
ATTORNEYS FOR DEFENDANTS MISSISSIPPI
STATE DEPARTMENT OF HEALTH AND JIM CRAIG

65603989.v1

## **CERTIFICATE OF SERVICE**

I, Meade W. Mitchell, one of the attorneys for Defendants Mississippi State Department of Health and Jim Craig, do hereby certify that I have this day served a true and correct copy of the above and foregoing document by filing it using the ECF system which sent notice of such filing to all counsel of record.

SO CERTIFIED, this the 1st day of September 2022.

_____
MEADE W. MITCHELL

65603989.v1