# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**J.W.**     **PLAINTIFFS**

**V.**     **CASE NO.: 3:21-cv-00663-CWR-LGI**

**THE CITY OF JACKSON, ET AL.**     **DEFENDANTS**

*and*

**P.R., ET AL.**     **PLAINTIFFS**

**V.**     **CASE NO.: 3:21-cv-00667-CWR-LGI**

**THE CITY OF JACKSON, ET AL.**     **DEFENDANTS**

*and*

**C.A., ET AL.**     **PLAINTIFFS**

**V.**     **CASE NO.: 3:22-cv-00171-CWR-LGI**

**THE CITY OF JACKSON, ET AL.**     **DEFENDANTS**

## MAYOR CHOKWE A. LUMUMBA AND ROBERT MILLER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REBUTTAL BRIEF IN SUPPORT OF DISPOSITIVE MOTION

Defendants Mayor Chokwe A. Lumumba and Robert Miller ("Mayor Lumumba" and "Miller"), by their counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1), respectfully request an extension of time, through and including September 19, 2022, to file their Rebuttal Brief in Support of *Mayor Chokwe A. Lumumba and Robert Miller's Motion for Qualified Immunity and to Dismiss* [21-663 ECF No. 84, 21-667 ECF No. 78, and 22171 ECF No. 51], and further state as follows:

1

Plaintiffs' *Response in Opposition* [Dkt. 113] and *Memorandum Brief in Opposition* [Dkt. 114] (collectively, the "Response in Opposition") to *Mayor Chokwe A. Lumumba and Robert Miller's Motion for Qualified Immunity and to Dismiss* [21-663 ECF No. 84, 21-667 ECF No. 78, and 22171 ECF No. 51] were filed on August 22, 2022.

Pursuant to the Court's Text-Only Order entered July 15, 2022, Mayor Lumumba and Miller's rebuttal brief in response to Plaintiffs' Response in Opposition is currently due on Monday, September 12, 2022.

Mayor Lumumba, Miller, and their counsel require additional time to respond to the allegations and claims made by Plaintiff. Accordingly, Mayor Lumumba and Miller respectfully request a seven (7) day extension of the deadline to file their rebuttal brief in response to Plaintiffs' Response in Opposition, up to and including September 19, 2022.

This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party. This extension of time will allow Mayor Lumumba and Miller sufficient time to fully investigate the allegations and claims raised in Plaintiffs' Response in Opposition, confer with counsel, and prepare their rebuttal brief.

On September 2, Mayor Lumumba and Miller's counsel conferred with Plaintiffs' counsel regarding the basis for this request and the need for an extension of time. Plaintiffs' counsel had no objection to a seven (7) day extension and provided Plaintiffs' consent to the requested extension.

For these reasons, Defendants Mayor Chokwe A. Lumumba and Robert Miller respectfully request that this Court grant their request for an extension of time to file their rebuttal brief in response to Plaintiffs' Response in Opposition, up to and including September 19, 2022.

RESPECTFULLY SUBMITTED, this the 9th day of September, 2022.

*s/ Clarence Webster, III*
CLARENCE WEBSTER, III

OF COUNSEL:

Clarence Webster, III (MSB #102111)
Kaytie M. Pickett (MSB #103202)
Adam Stone (MSB #10412)
JONES WALKER LLP
190 E. Capitol Street, Suite 800
Jackson, MS 39201
Telephone: (601) 949-4900
Facsimile: (601) 949-4804
cwebster@joneswalker.com
kpickett@joneswalker.com
astone@joneswalker.com
*Counsel for the City of Jackson*

John F. Hawkins, Esquire (MSB #9556)
LT Allen, Esquire (MSB #106383)
HAWKINS LAW, P.C.
226 North President Street (39201)
Post Office Box 24627
Jackson, MS 39225-4627
Telephone: (601) 969-9692
Facsimile: (601) 914-3580
john@hgattorneys.com
ltallen@hgattorneys.com
*Counsel for Mayor Chokwe A. Lumumba and Robert Miller*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2022, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which served a copy of the foregoing on all counsel of record.

*s/ Clarence Webster, III*
CLARENCE WEBSTER, III

3

#100649014v1