# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| **J.W.** | **PLAINTIFFS** |
| **V.** | **CASE NO.: 3:21-cv-00663-CWR-LGI** |
| **THE CITY OF JACKSON, ET AL.** | **DEFENDANTS** |

*and*

| | |
|---|---|
| **P.R., ET AL.** | **PLAINTIFFS** |
| **V.** | **CASE NO.: 3:21-cv-00667-CWR-LGI** |
| **THE CITY OF JACKSON, ET AL.** | **DEFENDANTS** |

*and*

| | |
|---|---|
| **C.A., ET AL.** | **PLAINTIFFS** |
| **V.** | **CASE NO.: 3:22-cv-00171-CWR-LGI** |
| **THE CITY OF JACKSON, ET AL.** | **DEFENDANTS** |

## JERRIOT SMASH'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REBUTTAL BRIEF IN SUPPORT OF DISPOSITIVE MOTION

Defendant Jerriot Smash ("Smash"), by and through his counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1), respectfully requests an extension of time, through and including September 19, 2022, to file his Rebuttal Brief in Support of *Jerriot Smash's Motion for Judgment on the Pleadings and/or Qualified Immunity* [21-663 ECF No. 86 and 21-667 ECF No. 80], and further states as follows:

Plaintiffs' *Response in Opposition* [Dkt. 113] and *Memorandum Brief in Opposition* [Dkt. 114] (collectively, the "Response in Opposition") to *Jerriot Smash's Motion for Judgment on the*

1

#100648960v1

*Pleadings and/or Qualified Immunity* [21-663 ECF No. 86 and 21-667 ECF No. 80] were filed on August 22, 2022.

Pursuant to the Court's Text-Only Order entered July 15, 2022, Smash's rebuttal brief in response to Plaintiffs' Response in Opposition is currently due on Monday, September 12, 2022.

Smash and his counsel require additional time to respond to the allegations and claims made by Plaintiff. Accordingly, Smash respectfully requests a seven (7) day extension of the deadline to file his rebuttal brief in response to Plaintiffs' Response in Opposition, up to and including September 19, 2022.

This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party. This extension of time will allow Smash sufficient time to fully investigate the allegations and claims raised in Plaintiffs' Response in Opposition, confer with counsel, and prepare his rebuttal brief.

On September 2, Smash's counsel conferred with Plaintiffs' counsel regarding the basis for this request and the need for an extension of time. Plaintiffs' counsel had no objection to a seven (7) day extension and provided Plaintiffs' consent to the requested extension.

For these reasons, Defendant Jerriot Smash respectfully requests that this Court grant his request for an extension of time to respond to Plaintiffs' Response in Opposition, up to and including September 19, 2022.

RESPECTFULLY SUBMITTED, this the 9th day of September, 2022.

                    *s/ Clarence Webster, III*
                    CLARENCE WEBSTER, III

OF COUNSEL:

Clarence Webster, III (MSB #102111)
Kaytie M. Pickett (MSB #103202)

Adam Stone (MSB #10412)
JONES WALKER LLP
190 E. Capitol Street, Suite 800
Jackson, MS 39201
Telephone: (601) 949-4900
Facsimile: (601) 949-4804
cwebster@joneswalker.com
kpickett@joneswalker.com
astone@joneswalker.com
*Counsel for the City of Jackson*

Terris C. Harris (MSB #99433)
THE COCHRAN FIRM-JACKSON, LLC
197 Charmant Place, Suite 2
Ridgeland, Mississippi 39157
Telephone: (601) 790-7600
tharris@cochranfirm.com
*Counsel for Jerriot Smash*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2022, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which served a copy of the foregoing on all counsel of record.

*s/ Clarence Webster, III*
CLARENCE WEBSTER, III
