**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI**

J.W.                                                                          **PLAINTIFF**

V.                                         **CIVIL ACTION NO. 3:21-cv-663-CWR-LGI**

THE CITY OF JACKSON, MISSISSIPPI, ET AL.                    **DEFENDANTS**

*and*

P.R., ET AL.                                                             **PLAINTIFFS**

V.                                         **CIVIL ACTION NO. 3:21-cv-667-CWR-LGI**

THE CITY OF JACKSON, MISSISSIPPI, ET AL.                    **DEFENDANTS**

*and*

C.A., ET AL.                                                            **PLAINTIFFS**

V.                                        **CIVIL ACTION NO.: 3:22-cv-171-CWR-LGI**

THE CITY OF JACKSON, MISSISSIPPI ET AL.                     **DEFENDANTS**

**<u>MOTION TO WITHDRAW CERTAIN COUNSEL</u>**

COMES NOW, LaTanya "LT" Allen, of the law firm Hawkins Law, P.C., and moves the court for an Order allowing her to withdraw as counsel for Mayor Chokwe Antar Lumumba (incorrectly named in the Complaint as Chokwe A. Lumumba, Jr.) and Robert Miller in the above styled matter, and would show the following in support thereof:

1.      LaTanya "LT" Allen has withdrawn from the firm Hawkins Law, P.C., effective October 3, 2022.

2.      Attorney John F. Hawkins also represents Mayor Chokwe Antar Lumumba (incorrectly named in the Complaint as Chokwe A. Lumumba, Jr.) and Robert Miller in this matter and will continue to do so moving forward.

3.    Mayor Chokwe Antar Lumumba (incorrectly named in the Complaint as Chokwe

A. Lumumba, Jr.) and Robert Miller will not be prejudiced by the withdrawal of LaTanya "LT"

Allen, Esquire.

4.    Accordingly, LaTanya "LT" Allen respectfully requests that she be allowed to

withdraw as counsel of record for Mayor Chokwe Antar Lumumba (incorrectly named in the

Complaint as Chokwe A. Lumumba, Jr.) and Robert Miller in this civil action, effective

immeidately upon entry of the Court's Order, and that she be removed from the notice list after

entry of the said Order.

This the __17th__day of __October__, 2022.

                        **MAYOR CHOKWE ANTAR LUMUMBA and**
                        **ROBERT MILLER - DEFENDANTS**


                        By: */s/ LaTanya "LT" Allen*
                                LaTanya "LT" Allen

OF COUNSEL:

John F. Hawkins, Esquire (MSB# 9556)
HAWKINS LAW, P.C.
226 North President Street (39201)
Post Office Box 24627
Jackson, Mississippi 39225-4627
Telephone: (601) 969-9692
Facsimile: (601) 914-3580
john@hgattorneys.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this day, I electronically filed the foregoing pleading or other papers with the clerk of the court using the ECF system which sent notification of such filing to all counsel of record.

Submitted this the 14th day of October, 2022.

*/s/ LaTanya "LT" Allen*
LaTanya "LT" Allen