# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| J.W., a minor, by and through Amanda Williams as guardian and next friend | PLAINTIFF |
| VS. | CIVIL ACTION NUMBER **3:21-CV-663-CWR-LGI** *consolidated with* |
| THE CITY OF JACKSON, MISSISSIPPI; CHOWKE A. LUMUMBA, JR.; TONY YARBER; KISHIA POWELL; ROBERT MILLER; JARRIOT SMASH; THE MISSISSIPPI STATE DEPARTMENT OF HEALTH; JIM CRAIG; TRILOGY ENGINEERING SERVICES, LLC; AND JOHN DOES 1-40 | 3:21-CV-00667-CWR-LGI 3:21-CV-00171-CWR-LGI *"Jackson Water Cases"* DEFENDANTS |

### THE MISSISSIPPI STATE DEPARTMENT OF HEALTH AND JIM CRAIG'S UNOPPOSED MOTION FOR A CONTINUANCE OF THE HEARING SET FOR MARCH 2, 2023

The Mississippi State Department of Health and Jim Craig ("State Defendants"), by and through counsel of record, respectfully move the Court for a short continuance of the hearing set for March 2, 2023, due to conflicts with said date. In support, the State Defendants submit:

1. Five Motions are currently set for hearing on March 2, 2023. [Docs. 84, 80, 86, 82, and 60].

2. A scheduling conflict exists with that date for State Defendants. Due to the conflict, the State Defendants consulted with all parties prior to the filing of this motion to confirm all parties' availability for a hearing in the three weeks after the currently noticed 3/2/23 hearing date.

3. As a result of that consultation, all parties agree that the following alternative dates are available for a hearing on the motions currently set on 3/2/23:

- March 21, 2023;

- March 22, 2023;
- March 23, 2023.

4.  Therefore, the State Defendants respectfully request that the Court reset the motion hearing to one of the proposed alternative dates should the Court's schedule allow the same.

5.  This requested relief is not sought in bad faith or for the purposes of delay.

6.  Due to the straightforward nature of this request, the State Defendants ask that the Court relieve them of the requirement to file a supporting memorandum.

Defendants Mississippi State Department of Health and Jim Craig respectfully request that the Court grant this unopposed motion and ask that this Court reset the March 2, 2023 hearing to one of the proposed alternative dates listed in Paragraph 3.

This the 6th day of February, 2023.

Respectfully submitted,

MISSISSIPPI STATE DEPARTMENT OF HEALTH AND JIM CRAIG

By: *s/Meade W. Mitchell*
    Meade W. Mitchell (MSB # 9649)

OF COUNSEL:

Meade W. Mitchell, MB # 9649
Orlando R. (Rod) Richmond, MB # 9885
Phillip S. Sykes, MB # 10126
Edderek (Beau) Cole, MB # 100444
Margaret Z. Smith, MB # 104178
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Post Office Box 6010
Ridgeland, MS 39158-6010
Tel: 601-985-4560
Fax: 601-985-4500
Meade.Mitchell@butlersnow.com
Orlando.Richmond@butlersnow.com
Phillip.Sykes@butlersnow.com
Beau.Cole@butlersnow.com
Margaret.Smith@butlersnow.com

Gerald L. Kucia, MB #8716
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4072
Fax: (601) 359-2003
Gerald.kucia@ago.ms.gov

ATTORNEYS FOR DEFENDANTS MISSISSIPPI
STATE DEPARTMENT OF HEALTH AND JIM CRAIG

## CERTIFICATE OF SERVICE

I, Meade W. Mitchell, one of the attorneys for Defendants Mississippi State Department of Health and Craig do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing to the Court's ECF system which sent notification of such to all counsel of record.

THIS the 6th day of February, 2023.

> *s/ Meade W. Mitchell*
> Meade W. Mitchell (MSB #9649)

67474527.v2