IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

J.W., a minor, by and through AMANDA
WILLIAMS as Guardian and Next Friend                                    PLAINTIFFS

v.                                          CIVIL ACTION NO.: 3:21-cv-663-CWWR-LGI

THE CITY OF JACKSON, MISSISSIPPI
CHOKWE A. LUMUMBA, JR.; TONY YARBER:
KISHIA POWELL; ROBERT MILLER; JARRIOT
SMASH; THE MISSISSIPPI DEPARTMENT OF
HEALTH; JIM CRAIG; TRILOGY ENGINEERING
SERVICES, LLC; AND John Does 1-40                                        DEFENDANTS

## NOTICE OF ATTORNEY PRACTICE CHANGE

NOTICE IS HEREBY PROVIDED that D. Jason Childress, who became an attorney of record FOR Trilogy Engineering Services, LLC, while practicing at Wise Carter Child & Caraway, P.A. at 401 East Capitol Street, Suite 600, Jackson, Mississippi 39201, is now, as of March 14, 2023, practicing law as an attorney at Fletcher & Sippel, LLC, Jackson, Mississippi office located at 4400 Old Canton Road, Suite 220, Jackson, Mississippi, 39211, (601) 414-6009, JChildress@fletcher-sippel.com. Neither Wise Carter Child & Caraway, P.A. nor any of its attorneys is counsel of record in this matter as of March 14, 2023.

This the 16th day of March, 2023.

Respectfully submitted,

**TRILOGY ENGINEERING SERVICES, LLC**

By:   /s/ D. Jason Childress
      D. JASON CHILDRESS

**OF COUNSEL:**

D. Jason Childress (MSB #103678)
**FLETCHER & SIPPEL LLC**
4400 Old Canton Road, Suite 220
Jackson, Mississippi 39211
P: 601-414-6009
F: 601-414-6016
Email:  JChildress@fletcher-sippel.com

**CERTIFICATE OF SERVICE**

I, D. Jason Childress, attorney of record for Trilogy Engineering Services, LLC, hereby certify that I have filed the above *Notice of Attorney Practice Change* with the Clerk of this Court via the ECF System, which served copies upon all counsel and parties of record.

This the 16th day of March, 2023.

                                                          /s/ D. Jason Childress
                                                          D. JASON CHILDRESS