**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN  DIVISION**

J. W., a minor, by and through
Amanda Williams as Guardian
and Next Friend,                                                                PLAINTIFFS

v.                                                            Case No. 3:21-cv-00663-CWR-LGI
                                                                              consolidated with
                                                              Case No. 3:21-cv-00667-CWR-LGI
                                                              Case No. 3:22-cv-00171-CWR-LGI


The City of Jackson, Mississippi, et al.                          DEFENDANTS

<u>**NOTICE OF APPEARANCE**</u>

      **PLEASE TAKE NOTICE** that Charles F. Morrow of Butler Snow LLP hereby enters his

appearance as counsel of record for Defendant Mississippi State Department of Health.

      Respectfully submitted, this 25th day of April 2023.

                             MISSISSPPI STATE DEPARTMENT OF
                             HEALTH


                        BY:  /S/*Charles F. Morrow*
                             Charles F. Morrow (MB No. 10240)

OF COUNSEL:
Meade W. Mitchell, MB # 9649
Orlando R. (Rod) Richmond, MB # 9885
Phillip S. Sykes, MB # 10126
Edderek (Beau) Cole, MB # 100444
Margaret Z. Smith, MB # 104178
BUTLER SNOW LLP
Suite 500
6075 Poplar Avenue
Memphis, TN 38119
PO Box 171443
Memphis, TN 38187-1443
Tel:  (901) 680-7200
Fax: (901) 680-7201

Gerald L. Kucia, MB #8716
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4072
Fax: (601) 359-2003
Gerald.Kucia@ago.ms.gov

ATTORNERYS FOR DEFENANT MISSISSIPPI STATE
DEPARTMENT OF HEALTH

## <u>CERTIFICATE OF SERVICE</u>

I, Charles F. Morrow, one of the attorneys for Defendants Mississippi State Department of

Health, do hereby certify that I have this day served a true and correct copy of the above and

foregoing document by filing it using the ECF system which sent notice of such filing to all counsel

of record.

SO CERTIFIED, this the 25th day of April 2023.

*/s/ Charles F. Morrow*
CHARLES F. MORROW