UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

J. W., a minor, by and through AMANDA WILLIAMS
 as Guardian and Next Friend                                                    PLAINTIFF

v.                                                    CIVIL ACTION NO.: 3:21-cv-663-CWR-LGI

THE CITY OF JACKSON, MISSISSIPPI;
CHOKWE A. LUMUMBA, JR.; TONY YARBER;
KISHIA POWELL; ROBERT MILLER;
JARRIOT SMASH; THE MISSISSIPPI DEPARTMENT
OF HEALTH; JIM CRAIG; TRILOGY ENGINEERING
SERVICES, LLC; AND John Does 1-40                                   DEFENDANTS

---

### Notice of Entry of Appearance

---

**NOTICE IS HEREBY GIVEN that** Jeffrey M. Graves of The Cochran Firm-

Jackson, LLC enters his appearance as counsel of record for the Defendants, Tony

Yarber, Kishia Powell and Jarriot Smash in the above-referenced action.

Respectfully submitted this the 15th day of August 2023.


/s/ Jeffrey M. Graves
Jeffrey M. Graves | MSB 104327
THE COCHRAN FIRM—JACKSON, LLC
197 Charmant Place, Suite 2
Ridgeland, Mississippi 39157
jgraves@cochranfirmjackson.com
601.790.7600

**OF COUNSEL:**

**Jeffrey M. Graves | MSB 104327**
Terris C. Harris, J.D., LL.M. - MSB# 99433
THE COCHRAN FIRM-JACKSON
197 Charmant Place, Suite 2
RIDGELAND, MS 39157
Email**: jgraves@cochranfirmjackson.com**
601.790.7600 (Office)
601.914.2020 (Facsimile)

## CERTIFICATE OF SERVICE

I, Jeffrey M. Graves, one of the attorneys for the Defendants, hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

Date: August 15th, 2023.

By: /s/ Jeffrey M. Graves
    Jeffrey M. Graves | MSB 104327