UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| J.W., A MINOR, BY AND THROUGH AMANDA WILLIAMS AS GUARDIAN AND NEXT FRIEND | PLAINTIFF |
| VS. | CIVIL ACTION NO. 3:21-cv-00663-CWR-LGI |
| THE CITY OF JACKSON, MISSISSIPPI; ET AL. | DEFENDANTS |

ENTRY OF APPEARANCE

COMES NOW Drew M. Martin and files this, his Entry of Appearance, in the above-styled and numbered cause, as one of the counsel for the City of Jackson, Mississippi.

DATED: August 29, 2023.

Respectfully Submitted on Behalf of Defendant City of Jackson, Mississippi,

/s/ Drew M. Martin
Drew M. Martin, MBN 101045

**OFFICE OF THE CITY ATTORNEY**
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
601.960.1799 telephone
601.960.1756 facsimile

CERTIFICATE OF SERVICE

I certify that on the date indicated below I electronically filed the foregoing document via the Court's electronic filing system, which sent notification to all counsel of record.

DATED: August 29, 2023.

/s/ Drew M. Martin