# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

J.W., a minor, by and through
Amanda Williams as Guardian
and Next Friend,

PLAINTIFFS

v.

Case No. 3:21-cv-663-CWR-LGI   consolidated with
Case No. 3:21-cv-667-CWR-LGI
Case No. 3:22-cv-171-CWR-LGI

The City of Jackson, Mississippi, et al

DEFENDANTS

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Barber Boone of Butler Snow LLP hereby enters his appearance as counsel of record for Defendants Mississippi State Department of Health ("MSDH") and Jim Craig ("Craig").[1]

Respectfully submitted, this the 13th day of September 2023.

MISSISSPPI STATE DEPARTMENT OF
HEALTH AND JIM CRAIG

BY: */s/H. Barber Boone*
H. BARBER BOONE (MB No. 102266)

OF COUNSEL:

Meade W. Mitchell, MB # 9649
Orlando R. (Rod) Richmond, MB # 9885
Edderek (Beau) Cole, MB # 100444
Margaret Z. Smith, MB # 104178
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400

---

[1] MSDH and Craig specifically reserve and do not waive any and all defenses.

Ridgeland, MS 39157
Post Office Box 6010
Ridgeland, MS 39158-6010
Tel: 601-985-4560
FAX: 601-985-4500
Meade.Mitchell@butlersnow.com
Orlando.Richmond@butlersnow.com
Beau.Cole@butlersnow.com
Margaret.Smith@butlersnow.com

Charles F. Morrow (MB NO. 10240)
BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
PO Box 171443
Memphis, TN 38187-1443
Tel:  (901) 680-7200
Fax: (901) 680-7201
Chip.Morrow@butlersnow.com

Gerald L. Kucia, MB #8716
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4072
Fax: (601) 359-2003
Gerald.Kucia@ago.ms.gov

ATTORNEYS FOR DEFENDANTS MISSISSIPPI STATE
DEPARTMENT OF HEALTH and JIM CRAIG

## **CERTIFICATE OF SERVICE**

I, H. Barber Boone, one of the attorneys for Defendants Mississippi State Department of Health and Jim Craig, do hereby certify that I have this day served a true and correct copy of the above and foregoing document by filing it using the ECF system which sent notice of such filing to all counsel of record.

SO CERTIFIED, this the 13th day of September 2023.

*/s/ H. Barber Boone*
H. BARBER BOONE

82468431.v1