**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**IN RE JACKSON WATER CASES,**

          **CASE NO. 3:23-cv-00614**

**This Document Relates to All Plaintiffs**

### <u>MOTION TO WITHDRAW CERTAIN COUNSEL</u>

  Attorney Renner K. Walker hereby moves the Court for an Order allowing him to withdraw as counsel of record for Plaintiffs in the above-styled matter, and would show the following in support thereof:

  1.  Renner Kincaid Walker has withdrawn from the firm Levy Konigsberg LLP.

  2.  Attorneys Corey Stern, Amber Long, John Guinan, Melanie Daly, Kimberly Russell, Jacob Jordan, and Rogen Chhabra also represent Plaintiffs in this matter and will continue to do moving forward.

  3.  Plaintiffs will not be prejudiced by the withdrawal of Renner Kincaid Walker.

  4.  Accordingly, Attorney Renner Kincaid Walker respectfully requests that he be allowed to withdraw as counsel of record for Plaintiffs in this action, effective immediately upon entry of the Court's Order, and that he be removed from the notice list after entry of the said Order.

  WHEREFORE, Attorney Renner Kincaid Walker respectfully requests that he be allowed to withdraw as counsel of record for Plaintiffs in this civil action, effective immediately upon entry of the Court's Order, and that he be removed from the notice list after entry of said Order.

This, the 28th day of September, 2023.

Respectfully submitted,

*/s/ Renner K. Walker*
Renner K. Walker

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2023, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which served a copy of the foregoing on all parties.

*/s/ Renner K. Walker*
Renner K. Walker