

_____

No. 3:23-CV-614-CWR-LGI

<u>IN RE JACKSON WATER CASES</u>

J.W., *a minor, et al.*,

*Plaintiffs*,

v.

THE CITY OF JACKSON, MISSISSIPPI, *et al.*,

*Defendants*.

_____

ORDER APPROVING SHORT FORM COMPLAINT

_____

Before CARLTON W. REEVES, *District Judge*.

To promote the efficiency of future Jackson Water Cases bringing substantially similar claims against the same defendants, the Court approves and adopts the parties' proposed Short Form Complaint. It is attached as Exhibit A. The parties shall use this Short Form Complaint as outlined in Case Management Order No. 1. *See* Docket No. 146.

**SO ORDERED**, this the 4th day of October, 2023.

<u>s/ CARLTON W. REEVES</u>
*United States District Judge*