# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

IN RE JACKSON WATER CASES          Case No. 3:23-cv-00614-CWR-LGI

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Dakota J. Stephens of Jones Walker LLP hereby enters his appearance as counsel for Defendant The City of Jackson, Mississippi in the above-referenced action.

This, the 4th day of October, 2023.

         Respectfully submitted,

         **THE CITY OF JACKSON, MISSISSIPPI**

         By Their Attorneys,
         JONES WALKER LLP

         By: */s/ Dakota J. Stephens*
             DAKOTA J. STEPHENS

Clarence Webster III (MS Bar #102111)
Kaytie M. Pickett (MSB No. 103202)
Adam Stone (MSB No. 10412)
Dakota J. Stephens (MSB No. 106695)
JONES WALKER LLP
190 E. Capitol St., Ste. 800
Jackson, Mississippi 39201
Tel.: (601) 949-4900
Fax: (601) 949-4804
cwebster@joneswalker.com
kpickett@joneswalker.com
astone@joneswalker.com
dstephens@joneswalker.com

#101694781v1

## CERTIFICATE OF SERVICE

I hereby certify that I have this date filed the foregoing with the Clerk of Court using the Court's ECF system, which sent notice to all counsel of record.

This the 4th day of October, 2023.

                                              */s/ Dakota J. Stephens*  
                                              DAKOTA J. STEPHENS