IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**IN RE JACKSON WATER CASES**  **CAUSE NO. 3:23-CV-614-CWR-LGI**

**THIS DOCUMENT RELATES TO ALL PLAINTIFFS**

**DEFENDANTS' OPPOSED MOTION FOR ENTRY OF
PRE-DISCOVERY ("*LONE PINE*") CASE MANAGEMENT ORDER**

Pursuant to Federal Rules of Civil Procedure 1, 16 and 26 and this Court's inherent authority to manage its docket, Defendants The City of Jackson, Mississippi, Mississippi State Department of Health, and Trilogy Engineering Services, LLC (collectively, Defendants) file this Motion for Entry of a Pre-Discovery ("*Lone Pine*") Case Management Order, in the form proposed as Exhibit 1.

In support, Defendants incorporate and rely on their contemporaneously filed Memorandum, as well as the following exhibits:

| Exhibit | Description |
|---|---|
| 1 | Proposed Pre-Discovery *Lone Pine* Case Management Order |
| 2 | Mississippi Department of Health Jackson Water Testing Information, available at https://apps.msdh.ms.gov/DWW/JSP/WaterSystemDetail.jsp?tinwsys_is_number=317&tinwsys_st_code=MS&wsnumber=MS0250008 |
| 3 | Exemplar MTCA Notice of Claim Letter: Case No. 3:21-cv-0663, Doc. 60-1. |
| 4 | Case No. 3:23-cv-00614, Doc. 51-1, Mar. 27, 2020, Ltr. To City of Jackson re: Emergency Admin. Order, PWS ID No. MS025008 |
| 5 | Ltr. From U.S. Environ. Prot. Agency to City of Jackson (Mar. 30, 2020) attaching NEIC Civil Invest. Rep., available at https://www.epa.gov/system/files/documents/2021-07/neic-civil-investigation-report_city-of-jackson-public-water-system.pdf |

1

| 6  | Lead Testing Results, June 2015: https://jacksonfreepress.media.clients.ellingtoncms.com/news/documents/2016/02/04/0250008_PB_2015_with_ReSample_Results_1.pdf, cited in Case No. 3:23-CV-00614 (Am. Compl., Master Docket), Doc. 51 at n. 36 |
|----|---|
| 7  | Cleveland Clinic, Lead Poisoning: Causes, Symptoms, Testing & Prevention, https://my.clevelandclinic.org/health/diseases/11312-lead-poisoning |
| 8  | Centers for Disease Control and Prevention, Childhood Lead Poisoning Prevention, Sources of Lead Exposure, available at https://www.cdc.gov/nceh/lead/prevention/sources.htm |
| 9  | Agency for Toxic Substances and Disease Registry, Lead Toxicity: What Are Routes of Exposure to Lead?, available at https://www.atsdr.cdc.gov/csem/leadtoxicity/exposure_routes.html |
| 10 | *Acuna v. Brown & Root*, Case 5:96-cv-00543 (W.D. Tex.), Order, Doc. 54 (Apr. 11, 1997) |
| 11 | *Acuna v. Brown & Root*, Case 5:96-cv-00543 (W.D. Tex.), Order Affirming Magistrate Judge's Order Enforcing Scheduling Order, Doc. 74 (Dec. 29, 1997) |
| 12 | Centers for Disease Control and Prevention, Childhood Lead Poisoning Prevention, Testing Children for Lead Poisoning, available at https://www.cdc.gov/nceh/lead/prevention/testing-children-for-lead-poisoning.htm |

Pursuant to Local Civ. Rule 7(b)(10), Defendants state that Plaintiffs oppose this motion.

## CONCLUSION

Defendants request that the Court enter a pre-discovery *Lone Pine* CMO in the form proposed as Exhibit 1 and for all other relief to which they are entitled.

Respectfully submitted, this the 10th day of October 2023.

**MISSISSIPPI STATE DEPARTMENT OF HEALTH**

By: */s/ Meade W. Mitchell*
Meade W. Mitchell, MB #9649
ONE OF ITS ATTORNEYS

OF COUNSEL:

Meade W. Mitchell, MB #9649
Orlando R. (Rod) Richmond, MB #9885
Edderek (Beau) Cole, MB #100444
Margaret Z.Smith, MB #104178
H. Barber Boone, MB #102266
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157
Post Office Box 6010
Ridgeland, Mississippi 39158-6010
Tel: 601-985-4560
Fax: 601-985-4500
Meade.Mitchell@butlersnow.com
Orlando.Richmond@butlersnow.com
Beau.Cole@butlersnow.com
Margaret.Smith@butlersnow.com
Barber.Boone@butlersnow.com


Charles F. Morrow, MB #10240
BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Post Office Box 171443
Memphis, Tennessee 38187-1443
Tel: (901) 680-7200
Fax: (901) 680-7201
Chip.Morrow@butlersnow.com


Gerald L. Kucia, MB #8716
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERALCIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4072
Fax: (601) 359-2003
Gerald.kucia@ago.ms.gov

                                                    **THE CITY OF JACKSON, MISSISSIPPI**

                                      By:   */s/ Clarence Webster, III*
                                                     Clarence Webster, III, MB #102111
                                                     ONE OF ITS ATTORNEYS

OF COUNSEL:

Clarence Webster, III, MB #102111
Kaytie M. Pickett, MB #103202
Adam Stone, MB #10412
JONES WALKER LLP
190 E. Capitol Street, Suite 800
Jackson, Mississippi 39201
Tel: (601) 949-4900
Fax: (601) 949-4804
cwebster@joneswalker.com
kpickett@joneswalker.com
astone@joneswalker.com

                                                  **TRILOGY ENGINEERING SERVICES, LLC**

                                      By:   */s/ Richard G. Daniels*
                                                     Richard G. Daniels, *Admitted Pro hac vice*
                                                     ONE OF ITS ATTORNEYS

OF COUNSEL:

Richard G. Daniels, *Admitted Pro hac vice*
Davide Macelloni, *Admitted Pro hac vice*
DANIELS, RODRIGUEZ, BERKELEY DANIELS & CRUZ, P.A.
4000 Ponce De Leon Boulevard, Suite 800
Coral Gables, Florida 33146
Tel: (305) 448-7988
Fax: (305) 448-7978
rdaniels@drdbc-law.com
dmacelloni@drbdc-law.com

D. Jason Childress, MB #103678
FLETCHER & SIPPEL LLC.
4400 Old Canton Road, Suite 220
Jackson, Mississippi 39211-5982
Tel: (601) 414-6010
jchildress@fletcher-sippel.com

## **CERTIFICATE OF SERVICE**

I, Meade W. Mitchell, one of the attorneys for Defendant Mississippi State Department of Health, do hereby certify that I have this day served a true and correct copy of the above and foregoing document by filing it using the ECF system which sent notice of such filing to all counsel of record.

SO CERTIFIED, this the 10th day of October, 2023.

*/s/ Meade W. Mitchell*
MEADE W. MITCHELL