# EXHIBIT 2

# Drinking Water Branch

## Water System Details

**Links**

Water System Facilities

Sample Schedules

Coliform/Microbial Sample Results

Coliform Sample Summary Results

Lead And Copper Sample Summary Results

Chem/Rad Samples/Results

Chem/Rad Samples/Results by Analyte

Violations/Enforcement Actions

Site Visits

Milestones

**Return Links**

Water Systems

Water System Search

County Map

**Glossary**

| | | | |
|---|---|---|---|
| Water System No. : | MS0250008 | Federal Type : | C |
| Water System Name : | CITY OF JACKSON | State Type : | C |
| Principal County Served : | HINDS | Primary Source : | SW |
| Status : | A | Activity Date : | 01-01-1901 |

## Points of Contact

| Name | Job Title | Type | Phone | Address | Email |
|---|---|---|---|---|---|
| MS0250008, PHYSICAL ADDRESS | | OT | | 100 O B CURTIS DR, RIDGELAND, MS-39157 | |
| HENIFIN, TED | THIRD PARTY MGR | AC | 757-274-7904 | PO BOX 4505, JACKSON, MS-39216 | ted@jxnwater.com |
| HENIFIN, TED | THIRD PARTY MGR | OW | 757-274-7904 | PO BOX 4505, JACKSON, MS-39216 | ted@jxnwater.com |
| CARPENTER, STEVEN W. | | DO | | 242 LIGHTHOUSE LANE, BRANDON, MS-39047 | scarpenter3933@gmail.com |

Note: The first row email is jordan@jxnwater.com

## Annual Operating Periods & Population Served

| Start Month | Start Day | End Month | End Day | Population Type | Population Served |
|---|---|---|---|---|---|
| 1 | 1 | 12 | 31 | R | 188723 |

## Service Connections

| Type | Count | Meter Type | Meter Size Measure |
|---|---|---|---|
| CB | 10753 | ME | 0 |
| CB | 16405 | UM | 0 |
| RS | 43926 | ME | 0 |
| RS | 402 | UM | 0 |

## Sources of Water

| Name | Type Code | Status |
|---|---|---|
| INTAKE IN071 (FEWELL) | IN | A |

## Service Areas

| Code | Name |
|---|---|
| R | MUNICIPALITY |

| | | |
|---|---|---|
| INTAKE IN072 (OB CURTIS) | IN | A |

## Water Purchases

| Seller Water System No. | Water System Name | Seller Facility Type | Seller State Asgn ID No. | Buyer Facility Type | Buyer State Asgn ID No. |
|---|---|---|---|---|---|