# **EXHIBIT 6**

**City of Jackson- PWS 0250008**

**Highlighted Sites, Action Level for Lead Exceeded**

| | Sample Results During Compliance Period Ending 12/31/2015 | | | | | | | | | Preliminary Sample Results Collected January 2016 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LAB ID# | DATE COLLECTED | PB RESULT | UOM | Block | Street | ACTION LEVEL | site # | location | time | Sample Date | Report Date | PB Result | Comments |
| 150625-077PB | 6/23/2015 | 0.0171 | PPM | 2000 | | 0.015 | 249 | kitchen | no time/date | 1/29/2016 | 1/30/2016 | 0.016 | |
| 150625-109PB | 6/23/2015 | 0.0192 | PPM | 1100 | | | 135 | kitchen | 7:45 AM | 1/29/2016 | 1/30/2016 | 0 012 | |
| 150625-111PB | 6/23/2015 | 0.0197 | PPM | 5400 | | | 27 | kitchen | not legible | 1/29/2016 | 1/30/2016 | | Non-responsive |
| 150625-112PB | 6/23/2015 | 0.0216 | PPM | 4300 | | | 76 | bathroom | 5 00 AM | 1/29/2016 | 1/30/2016 | <0.005 | Not detected |
| 150625-072PB | 6/24/2015 | 0.0242 | PPM | 5600 | | | 83 | kitchen | 7:44 | 1/29/2016 | 1/30/2016 | | Vacant |
| 150625-087PB | 6/23/2015 | 0.0254 | PPM | 5900 | | | 187 | kitchen | 8 00 AM | 1/29/2016 | 1/30/2016 | 0.016 | |
| 150625-115PB | 6/22/2015 | 0.0264 | PPM | 5000 | | | 22 | bathroom | 10 00 AM | 1/29/2016 | 1/30/2016 | <0.005 | Not detected |
| 150625-117PB | 6/23/2015 | 0.0362 | PPM | 4400 | | | 69 | powder room | 10:14 AM | 1/29/2016 | 1/30/2016 | <0.005 | Not detected |
| 150625-125PB | 6/22/2015 | 0.0385 | PPM | 400 | | | 75 | kitchen | 9:44 PM | 1/29/2016 | 1/30/2016 | 0 009 | |
| 150625-127PB | 6/23/2015 | 0.0793 | PPM | 4300 | | | 81 | kitchen | 6 05 AM | 1/29/2016 | 1/30/2016 | <0.005 | Not detected |
| 150625-119PB | 6/22/2015 | 0.096 | PPM | 1700 | | | 29 | bath tub | 6:45 PM | 1/29/2016 | 1/30/2016 | <0.005 | Not detected |
| 150625-124PB | 6/23/2015 | 0.1012 | PPM | 5000 | | | 24 | kitchen | 4:30 AM | 1/29/2016 | 1/30/2016 | 0 011 | |
| 150625-123PB | 6/23/2015 | 0.1284 | PPM | 5000 | | | 25 | kitchen | 7:30 AM | 1/29/2016 | 1/30/2016 | <0.005 | Not detected |
| 150625-083PB | 6/23/2015 | 0 0006 | PPM | 170 | | | | | | | | | |
| 150625-089PB | 6/23/2015 | 0 0007 | PPM | 70 | | | | | | | | | |
| 150625-100PB | 6/23/2015 | 0 0007 | PPM | 30 | | | | | | | | | |
| 150625-075PB | 6/21/2015 | 0 0008 | PPM | 150 | | | | | | | | | |
| 150625-105PB | 6/23/2015 | 0 0009 | PPM | 200 | | | | | | | | | |
| 150625-122PB | 6/23/2015 | 0.001 | PPM | 430 | | | | | | | | | |
| 150625-085PB | 6/23/2015 | 0 0011 | PPM | 600 | | | | | | | | | |
| 150625-092PB | 6/23/2015 | 0 0013 | PPM | 30 | | | | | | | | | |
| 150625-076PB | 6/23/2015 | 0 0014 | PPM | 520 | | | | | | | | | |
| 150625-073PB | 6/24/2015 | 0 0014 | PPM | 140 | | | | | | | | | |
| 150625-099PB | 6/23/2015 | 0 0015 | PPM | 70 | | | | | | | | | |
| 150625-126PB | 6/23/2015 | 0 0015 | PPM | 430 | | | | | | | | | |
| 150625-103PB | 6/23/2015 | 0 0016 | PPM | 280 | | | | | | | | | |
| 150625-070PB | 6/23/2015 | 0 0017 | PPM | 510 | | | | | | | | | |
| 150625-081PB | 6/23/2015 | 0 0017 | PPM | 50 | | | | | | | | | |
| 150625-082PB | 6/23/2015 | 0 0019 | PPM | 140 | | | | | | | | | |
| 150625-095PB | 6/23/2015 | 0 0021 | PPM | 310 | | | | | | | | | |
| 150625-101PB | 6/23/2015 | 0 0022 | PPM | 320 | | | | | | | | | |
| 150625-104PB | 6/23/2015 | 0 0023 | PPM | 280 | | | | | | | | | |
| 150625-080PB | 6/23/2015 | 0 0028 | PPM | 40 | | | | | | | | | |
| 150625-120PB | 6/23/2015 | 0 0034 | PPM | 470 | | | | | | | | | |
| 150625-071PB | 6/23/2015 | 0 0036 | PPM | 60 | | | | | | | | | |
| 150625-078PB | 6/23/2015 | 0 0036 | PPM | 170 | | | | | | | | | |
| 150625-084PB | 6/23/2015 | 0 0041 | PPM | 300 | | | | | | | | | |
| 150625-090PB | 6/23/2015 | 0 0041 | PPM | 610 | | | | | | | | | |
| 150625-121PB | 6/23/2015 | 0 0047 | PPM | 500 | | | | | | | | | |
| 150625-116PB | 6/22/2015 | 0 0055 | PPM | 500 | | | | | | | | | |
| 150625-086PB | 6/23/2015 | 0 0056 | PPM | 160 | | | | | | | | | |
| 150625-074PB | 6/23/2015 | 0 0059 | PPM | 220 | | | | | | | | | |
| 150625-113PB | 6/23/2015 | 0 0072 | PPM | 540 | | | | | | | | | |
| 150625-118PB | 6/22/2015 | 0 0088 | PPM | 500 | | | | | | | | | |
| 150625-098PB | 6/23/2015 | 0 0096 | PPM | 600 | | | | | | | | | |
| 150625-094PB | 6/23/2015 | 0 0097 | PPM | 590 | | | | | | | | | |
| 150625-114PB | 6/23/2015 | 0 0099 | PPM | 170 | | | | | | | | | |
| 150625-110PB | 6/23/2015 | 0 0104 | PPM | 430 | | | | | | | | | |
| 150625-096PB | 6/23/2015 | 0 0108 | PPM | 290 | | | | | | | | | |
| 150625-079PB | 6/24/2015 | 0 0111 | PPM | 600 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 150625-102PB | 6/23/2015 | 0 0128 | PPM | 20 | |
| 150625-091PB | 6/23/2015 | 0 0132 | PPM | 590 | |
| 150625-093PB | 6/22/2015 | ND | | 60 | |
| 150625-097PB | 6/23/2015 | ND | | 540 | |
| 150625-107PB | 6/23/2015 | ND | | 30 | |
| 150625-106PB | 6/23/2015 | ND | | 30 | |
| 150625-088PB | 6/23/2015 | ND | | 50 | |
| 150625-108PB | 6/23/2015 | ND | | 130 | |