# EXHIBIT 8

Español | Other Languages





Childhood Lead Poisoning Prevention

Childhood Lead Poisoning Prevention Home

# Sources of Lead Exposure

Lead can be found throughout a child's environment.

- Homes built before 1978 (when lead-based paints were banned) probably contain lead-based paint. When the paint peels and cracks, it makes lead dust. Children can be exposed to lead when they swallow or breathe in lead dust.
- Certain water pipes may contain lead.
- Lead can be found in some products such as toys and jewelry.
- Lead is sometimes in candies or traditional home remedies.
- Certain jobs and hobbies involve working with lead-based products, like stain glass work, and may cause parents to bring lead into the home.
- Children who live near airports may be exposed to lead in air and soil from aviation gas used in piston engine aircrafts.

Explore these sources of lead in the environment



View Larger Text Equivalent

 Lead in Paint

 Lead in Soil

 Lead in Drinking Water

 Lead in Consumer Products

 Lead in Foods, Cosmetics, and Medicines

 Lead in Jobs, Hobbies, or Other Activities

Last Reviewed: January 5, 2023