**INFORMATION FOR CASE MANAGEMENT ORDER**

*1:43 —*

Date: **OCTOBER 18, 2023**  Time: **1:30**

*3:13*

IN RE:  JACKSON WATER CASES

v.                                    Civil Action No. **3:23cv614-CWR-LGI**

THE CITY OF JACKSON, MS; MS STATE DEPT OF HEALTH; TRILOGY
ENGINEERING SERVICES, LLC

**Attorney(s) for Plaintiff(s):**
Amber Rose Long – PHV
✓ Corey M. Stern – PHV
✓ Darryl M. Gibbs
Jacob B. Jordan
John P. Guinan – PHV
Kimberly L. Russell – PHV
Melanie P. Daly – PHV
✓ Rogen K. Chhabra

**THE CITY OF JACKSON, MISSISSIPPI**
✓ Adam Stone
✓ ~~Amber Lynn Kipfmiller~~ *Abby Reeves*
✓ Catoria Parker Martin-City Gov      *Catori*
Claire Barker-City Gov
✓ Clarence Webster , III      *Clwl. III*
✓ Dakota James Stephens
○ Drew McLemore Martin
✓ ~~Jeffrey Matthew Graves~~ *TERRIS HARRIS*      *[signature]*
✓ Kaytie M. Pickett

**MISSISSIPPI STATE DEPARTMENT OF HEALTH**
✓ Gerald L. Kucia-State Gov      *[signature]*
✓ Charles F. Morrow
Edderek Linnel Cole
✓ H. Barber Boone      *H. Barl Boon*
Margaret Z. Smith
✓ Meade W. Mitchell      *[signature]*
Orlando R. Richmond , Sr.
Phillip S. Sykes

**TRILOGY ENGINEERING SERVICES LLC**
✓ Dennis Jason Childress      *[signature]*
Davide Macelloni – PHV
Richard G. Daniels – PHV

## INFORMATION FOR CASE MANAGEMENT ORDER

Date: __OCTOBER 18, 2023__  Time: __1:30__ _____

IN RE:   JACKSON WATER CASES _____

v.                              Civil Action No. __3:23cv614-CWR-LGI__

THE CITY OF JACKSON, MS; MS STATE DEPT OF HEALTH; TRILOGY _____
ENGINEERING SERVICES, LLC _____

### Attorney(s) for Plaintiff(s):
Amber Rose Long – PHV _____
Corey M. Stern – PHV _____ _Corey M._ _____
Darryl M. Gibbs _____
Jacob B. Jordan _____
John P. Guinan – PHV _____
Kimberly L. Russell – PHV _____
Melanie P. Daly – PHV _____
Rogen K. Chhabra _____ _(signature)_ _____

### THE CITY OF JACKSON, MISSISSIPPI
Adam Stone _____ _Adam Stone_ _____
~~Amber Lynn Kipfmiller~~ _Abbey Reeves_ __ _Abbey Allcock Reeves_ __
Catoria Parker Martin-City Gov _____
Claire Barker-City Gov _____
Clarence Webster , III _____
Dakota James Stephens _____ _(signature)_ _____
Drew McLemore Martin _____
~~Jeffrey Matthew Graves~~ _TERRIS HARRIS_ _____
Kaytie M. Pickett _____ _Kaytie M. Pickett_ _____

### MISSISSIPPI STATE DEPARTMENT OF HEALTH
Gerald L. Kucia-State Gov _____
Charles F. Morrow _____ _(signature)_ _____
Edderek Linnel Cole _____
H. Barber Boone _____
Margaret Z. Smith _____
Meade W. Mitchell _____
Orlando R. Richmond , Sr. _____
Phillip S. Sykes _____

### TRILOGY ENGINEERING SERVICES LLC
Dennis Jason Childress _____
Davide Macelloni – PHV _____
Richard G. Daniels – PHV _____

NOTES: _____
_____
_____