# EXHIBIT A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

|  |  |
|---|---|
| *IN RE JACKSON WATER CASES*, | No. 3:23-cv-00614-CWR LGI (Main Docket – All Plaintiffs)<br><br>Hon. Carlton W. Reeves, U.S. District Judge<br><br>Hon. LaKeysha Greer Isaac, U.S. Magistrate Judge |

## DECLARATION OF COREY M. STERN, ESQ.

Pursuant to 28 U.S.C. § 1746, I, Corey M. Stern, hereby declare as follows:

1. I am a partner with the law firm Levy Konigsberg, LLP.

2. I submit this Declaration in conjunction with Plaintiffs' Response in Opposition to Defendants' motion for entry of a *Lone Pine* order.

3. I have been practicing law for twenty (20) years.

4. Over the course of my career, I have represented thousands of lead-poisoned, minor plaintiffs, across the United States in civil litigation.

5. My law firm currently represents more than two-thousand four hundred (2,400) minors as Plaintiffs/Claimants in this litigation.

6. As part of, and in conjunction with my practice, I am responsible for selection of expert witnesses and for negotiating rates with experts for their work.

7. Throughout the United States, in this type of litigation, plaintiffs are

1

responsible for payment of costs and fees to experts.

8. Here, Plaintiffs/Claimants are ultimately responsible for payment of costs and fees to experts for work undertaken in their cases.

9. To comply with Defendants' proposed *Lone Pine* order, I believe – based on decades of experience in these types of cases – that it will cost approximately thirty-thousand dollars ($30,000.00) per Plaintiff/Claimant in expert costs and fees, for a total of approximately seventy-two million dollars ($72,000,000.00).

10. I believe – based on decades of experience in these types of cases – it will take four (4) to six (6) years to complete the work required to comply with Defendants' proposed *Lone Pine* order.

Respectfully submitted, this the 31st day of October, 2023.

**LEVY KONIGSBERG, LLP**

/s/ COREY M. STERN
Corey M. Stern
605 Third Avenue, 33rd Floor
New York, New York 10158
(212) 605-6200
(212) 605-6290 (facsimile)
cstern@levylaw.com