# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**IN RE JACKSON WATER CASES**  **CAUSE NO. 3:23-CV-614-CWR-LGI**

**THIS DOCUMENT RELATES TO ALL PLAINTIFFS**

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants The City of Jackson, Mississippi State Department of Health and Trilogy Engineering Services, LLC (collectively "Defendants"), submit this unopposed motion for a short enlargement of the deadline to file their rebuttal to Plaintiff's Response in Opposition to Defendants' Motion for Entry of a *Lone Pine* Order [Doc. 162]("Response").

1. On October 20, 2023, the Court entered its text-only order granting Plaintiffs' *Ore Tenus* Motion for One Week Extension of Time to File Response to the *Lone Pine* motion. On October 31, 2023, Plaintiffs filed the Response. The Defendants' current deadline to file their rebuttal to the Response is November 7, 2023.

2. The Defendants request additional time to submit their rebuttal to the Response and request an extension up to and including November 14, 2023, so they may have sufficient time to reply to the arguments raised in Plaintiffs' Response.

3. Plaintiffs' counsel consents to the requested extension. This enlargement of time is not sought in bad faith or for the purposes of delay and will not prejudice any party.

4. Due to the straightforward nature of this request, the Defendants ask that the Court relieve them of the requirement to file a supporting memorandum.

Defendants respectfully request that this Court enter an Order granting them an enlargement of time, through and including November 14, 2023, to file their rebuttal to Plaintiff's Response in Opposition to Defendants' Motion for Entry of a *Lone Pine* Order [Doc. 162].

Respectfully submitted, this the 1st day November, 2023.

                            **MISSISSIPPI STATE DEPARTMENT OF HEALTH**

                By:    */s/ Meade W. Mitchell*
                          Meade W. Mitchell, MB #9649
                          ONE OF ITS ATTORNEYS

OF COUNSEL:

Meade W. Mitchell, MB #9649
Orlando R. (Rod) Richmond, MB #9885
Edderek (Beau) Cole, MB #100444
Margaret Z. Smith, MB #104178
H. Barber Boone, MB #102266
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157
Post Office Box 6010
Ridgeland, Mississippi 39158-6010
Tel: 601-985-4560
Fax: 601-985-4500
Meade.Mitchell@butlersnow.com
Orlando.Richmond@butlersnow.com
Beau.Cole@butlersnow.com
Margaret.Smith@butlersnow.com
Barber.Boone@butlersnow.com

Charles F. Morrow, MB #10240
BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Post Office Box 171443
Memphis, Tennessee 38187-1443
Tel: (901) 680-7200
Fax: (901) 680-7201
Chip.Morrow@butlersnow.com

Gerald L. Kucia, MB #8716
Special Assistant Attorney
General
OFFICE OF THE ATTORNEY
GENERALCIVIL LITIGATION
DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4072
Fax: (601) 359-2003
Gerald.kucia@ago.ms.gov

                             **THE CITY OF JACKSON, MISSISSIPPI**

                    By:   */s/ Clarence Webster, III*
                            Clarence Webster, III, MB #102111
                            ONE OF ITS ATTORNEYS

OF COUNSEL:

Clarence Webster, III, MB #102111
Kaytie M. Pickett, MB #103202
Adam Stone, MB #10412
JONES WALKER LLP
190 E. Capitol Street, Suite 800
Jackson, Mississippi 39201
Tel: (601) 949-4900
Fax: (601) 949-4804
cwebster@joneswalker.com
kpickett@joneswalker.com
astone@joneswalker.com

                             **TRILOGY ENGINEERING SERVICES, LLC**

                    By:   */s/ Richard G. Daniels*
                            Richard G. Daniels, *Admitted Pro hac vice*
                            ONE OF ITS ATTORNEYS

OF COUNSEL:

Richard G. Daniels, *Admitted Pro hac vice*
Davide Macelloni, *Admitted Pro hac vice*
DANIELS, RODRIGUEZ, BERKELEY DANIELS & CRUZ, P.A.
4000 Ponce De Leon Boulevard, Suite 800
Coral Gables, Florida 33146
Tel: (305) 448-7988
Fax: (305) 448-7978

rdaniels@drdbc-law.com
dmacelloni@drbdc-law.com

D. Jason Childress, MB #103678
FLETCHER & SIPPEL LLC.
4400 Old Canton Road, Suite 220
Jackson, Mississippi 39211-5982
Tel: (601) 414-6010
jchildress@fletcher-sippel.com

**CERTIFICATE OF SERVICE**

  I, Meade W. Mitchell, one of the attorneys for Defendant Mississippi State Department of Health, do hereby certify that I have this day served a true and correct copy of the above and foregoing document by filing it using the ECF system which sent notice of such filing to all counsel of record.

  SO CERTIFIED, this the 1ˢᵗ day of November, 2023.

              */s/ Meade W. Mitchell*
              MEADE W. MITCHELL

83945731.v1