# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**IN RE JACKSON WATER CASES**          Case No. 3:23-cv-00614-CWR-LGI

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Abbey Adcock Reeves of Jones Walker LLP hereby enters her appearance as counsel for Defendant The City of Jackson, Mississippi in the above-referenced action.

This, the 2nd day of November, 2023.

                 Respectfully submitted,

                 **THE CITY OF JACKSON, MISSISSIPPI**

                 By Their Attorneys,
                 JONES WALKER LLP

                 By: */s/ Abbey Adcock Reeves*
                     ABBEY ADCOCK REEVES

Clarence Webster III (MS Bar #102111)
Kaytie M. Pickett (MSB No. 103202)
Adam Stone (MSB No. 10412)
Abbey Adcock Reeves (MSB No. 105720)
Dakota J. Stephens (MSB No. 106695)
JONES WALKER LLP
190 E. Capitol St., Ste. 800
Jackson, Mississippi 39201
Tel.: (601) 949-4900
Fax: (601) 949-4804
cwebster@joneswalker.com
kpickett@joneswalker.com
astone@joneswalker.com
areeves@joneswalker.com
dstephens@joneswalker.com

#101775740v1

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date filed the foregoing with the Clerk of Court using the Court's ECF system, which sent notice to all counsel of record.

This the 2nd day of November, 2023.

*/s/ Abbey Adcock Reeves*
ABBEY ADCOCK REEVES

#101775740v1