**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**IN RE JACKSON WATER CASES**               **CAUSE NO. 3:23-CV-614-CWR-LGI**

**THIS DOCUMENT RELATES TO ALL
PLAINTIFFS**

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

THIS MATTER is before the Court on the Defendants' Unopposed Motion for Extension of Time to submit their rebuttal to Plaintiff's Response in Opposition to Defendants' Motion for Entry of a *Lone Pine* Order [Doc. 162]. Having been fully advised in the premises, the Court finds that the unopposed Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED, that Defendants shall file their rebuttal to Plaintiff's Response in Opposition to Defendants' Motion for Entry of a *Lone Pine* Order [Doc. 162] on or before November 14, 2023.

SO ORDERED this the 3rd day of November, 2023.

                                                s/LaKeysha Greer Isaac
                                                UNITED STATES MAGISTRATE JUDGE

84216885.v1