# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**IN RE JACKSON WATER CASES**              **CAUSE NO. 3:23-CV-614-CWR-LGI**

**THIS DOCUMENT RELATES TO ALL PLAINTIFFS**

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants Mississippi Department of Health and Trilogy Engineering Services, LLC (collectively "Defendants"), respectfully submit this unopposed motion for a short enlargement of time to file their objections to the Magistrate Judge's December 19, 2023 Order [Doc. 172] denying Defendants' Motion for Entry of a *Lone Pine* Order. In support of this Motion, Defendants state as follows:

1. On December 19, 2023, the Magistrate Judge issued an Order denying Defendants' Motion for Entry of a *Lone Pine* Order in this case.

2. Under Fed. R. Civ. P. 72(a), Defendants must submit a timely objection to the Magistrate Judge's ruling in order to preserve appellate review of the issue. The current deadline to file an objection is Tuesday, January 2, 2024. *See id.*; Local Unif. Civ. R. 72(a)(1)(A).

3. Due to scheduling conflicts created by the upcoming Christmas and New Year holidays and pre-existing obligations in other cases, Defendants require additional time to prepare their objection to the Magistrate Judge's December 19, 2023 Order. Accordingly, Defendants respectfully request a one-week enlargement of time, extending the deadline to January 9, 2024, to file their objection.

4. Plaintiffs' counsel consents to the requested extension. This enlargement of time is not sought in bad faith or for the purposes of delay and will not prejudice any party.

5. Due to the straightforward nature of this request, Defendants ask that the Court relieve them of the requirement to file a supporting memorandum.

For the foregoing reasons, Defendants respectfully request that this Court enter an Order granting them an enlargement of time, through and including January 9, 2024, to file their objections to the Magistrate Judge's December 19, 2023 Order [Doc. 172].

Respectfully submitted, this the 22nd day of December, 2023.

                                      **MISSISSIPPI STATE DEPARTMENT OF HEALTH**

                                      By:    */s/ Meade W. Mitchell*
                                                  Meade W. Mitchell, MB #9649
                                                  ONE OF ITS ATTORNEYS

OF COUNSEL:

Meade W. Mitchell, MB #9649
Orlando R. (Rod) Richmond, MB #9885
Edderek (Beau) Cole, MB #100444
Margaret Z. Smith, MB #104178
H. Barber Boone, MB #102266
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157
Post Office Box 6010
Ridgeland, Mississippi 39158-6010
Tel: 601-985-4560
Fax: 601-985-4500
Meade.Mitchell@butlersnow.com
Orlando.Richmond@butlersnow.com
Beau.Cole@butlersnow.com
Margaret.Smith@butlersnow.com
Barber.Boone@butlersnow.com

Charles F. Morrow, MB #10240
BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Post Office Box 171443
Memphis, Tennessee 38187-1443

Tel: (901) 680-7200
Fax: (901) 680-7201
Chip.Morrow@butlersnow.com

Gerald L. Kucia, MB #8716
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERALCIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4072
Fax: (601) 359-2003
Gerald.kucia@ago.ms.gov

                                 **TRILOGY ENGINEERING SERVICES, LLC**

                       By:   */s/ Richard G. Daniels*
                                Richard G. Daniels, *Admitted Pro hac vice*
                                ONE OF ITS ATTORNEYS

OF COUNSEL:

Richard G. Daniels, *Admitted Pro hac vice*
Davide Macelloni, *Admitted Pro hac vice*
DANIELS, RODRIGUEZ, BERKELEY DANIELS & CRUZ, P.A.
4000 Ponce De Leon Boulevard, Suite 800
Coral Gables, Florida 33146
Tel: (305) 448-7988
Fax: (305) 448-7978
rdaniels@drdbc-law.com
dmacelloni@drbdc-law.com

D. Jason Childress, MB #103678
FLETCHER & SIPPEL LLC.
4400 Old Canton Road, Suite 220
Jackson, Mississippi 39211-5982
Tel: (601) 414-6010
jchildress@fletcher-sippel.com

## CERTIFICATE OF SERVICE

I, Meade W. Mitchell, one of the attorneys for Defendant Mississippi State Department of Health, do hereby certify that I have this day served a true and correct copy of the above and foregoing document by filing it using the ECF system which sent notice of such filing to all counsel of record.

SO CERTIFIED, this the 22nd day of December, 2023.

*/s/ Meade W. Mitchell*
MEADE W. MITCHELL