IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

IN RE JACKSON WATER CASES          CAUSE NO. 3:23-CV-614-CWR-LGI

THIS DOCUMENT RELATES TO ALL
PLAINTIFFS

### DEFENDANTS' NOTICE OF COMPLIANCE WITH THE MAGISTRATE'S DECEMBER 19, 2023 ORDER

On December 19, 2023, the Magistrate Judge in this litigation issued an Order (Doc. 172). In that Order, the Magistrate Judge instructed the parties to submit their suggestions for organization of a specially tailored, modified CMO on or before January 19, 2024. (*Id.* at 11).

Defendants hereby give notice that they have complied with the Magistrate's Order and submitted to the Court via email and via this filing their proposed CMO (attached hereto as Exhibit A), along with their proposed Plaintiff's Fact Sheet and authorization set (attached hereto as Exhibit B). In addition, Defendants submitted correspondence to the Court supporting Defendants' submissions (attached hereto as Exhibit C).

Respectfully submitted, this the 19th day of January, 2024.

                       MISSISSIPPI STATE DEPARTMENT OF
                       HEALTH


                       By:     */s/ Meade W. Mitchell*
                               Meade W. Mitchell, MB #9649
                               ONE OF ITS ATTORNEYS

OF COUNSEL:

Meade W. Mitchell, MB #9649
Orlando R. (Rod) Richmond, MB #9885
Edderek (Beau) Cole, MB #100444
Margaret Z. Smith, MB #104178
H. Barber Boone, MB #102266
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400

1

Ridgeland, Mississippi 39157
Post Office Box 6010
Ridgeland, Mississippi 39158-6010
Tel: 601-985-4560
Fax: 601-985-4500
Meade.Mitchell@butlersnow.com
Orlando.Richmond@butlersnow.com
Beau.Cole@butlersnow.com
Margaret.Smith@butlersnow.com
Barber.Boone@butlersnow.com

Charles F. Morrow, MB #10240
BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Post Office Box 171443
Memphis, Tennessee 38187-1443
Tel:  (901) 680-7200
Fax: (901) 680-7201
Chip.Morrow@butlersnow.com

Gerald L. Kucia, MB #8716
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERALCIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4072
Fax: (601) 359-2003
Gerald.kucia@ago.ms.gov

                                        **THE CITY OF JACKSON, MISSISSIPPI**

                                        By:   */s/ Clarence Webster, III*
                                                  Clarence Webster, III, MB #102111
                                                  ONE OF ITS ATTORNEYS

OF COUNSEL:

Clarence Webster, III, MB #102111
Kaytie M. Pickett, MB #103202
Adam Stone, MB #10412
JONES WALKER LLP

190 E. Capitol Street, Suite 800
Jackson, Mississippi 39201
Tel: (601) 949-4900
Fax: (601) 949-4804
cwebster@joneswalker.com
kpickett@joneswalker.com
astone@joneswalker.com

                                                **TRILOGY ENGINEERING SERVICES, LLC**

                                        By:    */s/ Richard G. Daniels*
                                                      Richard G. Daniels, *Admitted Pro hac vice*
                                                        ONE OF ITS ATTORNEYS

OF COUNSEL:

Richard G. Daniels, *Admitted Pro hac vice*
Davide Macelloni, *Admitted Pro hac vice*
DANIELS, RODRIGUEZ, BERKELEY DANIELS & CRUZ, P.A.
4000 Ponce De Leon Boulevard, Suite 800
Coral Gables, Florida 33146
Tel: (305) 448-7988
Fax: (305) 448-7978
rdaniels@drdbc-law.com
dmacelloni@drbdc-law.com

D. Jason Childress, MB #103678
FLETCHER & SIPPEL LLC.
4400 Old Canton Road, Suite 220
Jackson, Mississippi 39211-5982
Tel: (601) 414-6010
jchildress@fletcher-sippel.com

3

## **CERTIFICATE OF SERVICE**

I, Meade W. Mitchell, one of the attorneys for Defendant Mississippi State Department of Health, do hereby certify that I have this day served a true and correct copy of the above and foregoing document by filing it using the ECF system which sent notice of such filing to all counsel of record.

SO CERTIFIED, this the 19th day of January, 2024.

*/s/ Meade W. Mitchell*
MEADE W. MITCHELL