UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| *In Re Jackson Water Cases*,<br><br>v.<br><br><br>*The City of Jackson, Mississippi, et al.*, | No. 3:23-cv-00614-CWR-LGI<br>(Main Docket)<br><br>Hon. Carlton W. Reeves<br><br>Magistrate Judge LaKeysha Greer Isaac |

## NOTICE OF FILING

Plaintiffs hereby provide Notice that the following documents were transmitted to the Court, via email, by the undersigned counsel today (January 19, 2024):

(1) Correspondence to the Court, attached hereto as Exhibit 1; and

(2) Plaintiffs' Proposed Case Management Order No. 2, attached hereto as Exhibit 2.[1]

Respectfully submitted, this 19th day of January, 2024.

**LEVY KONIGSBERG, LLP**

/s/ COREY M. STERN
Corey M. Stern – PHV49568
Melanie Daly – PHV 49758
605 Third Avenue, 33rd Floor
New York, New York 10158
(212) 605-6200
(212) 605-6290 (facsimile)
cstern@levylaw.com
mdaly@levylaw.com

---

[1] The Court entered a Case Management Order No. 1 ("CMO") on September 25, 2023 [ECF No. 146]. On December 19, 2023, the Court invited the parties to submit suggestions and proposals for organization of a specially tailored, modified case management order to meet the needs of this litigation [ECF No. 172].

**CHHABRA & GIBBS, P.A.**
Rogen K. Chhabra
Darryl M. Gibbs
120 N. Congress St., Suite 200
Jackson, MS 39201
(601) 948-8005
rchhabra@cglawms.com
dgibbs@cglawms.com

## CERTIFICATE OF SERVICE

I, Corey M. Stern, counsel for Plaintiffs, hereby certify that on January 19, 2023, the foregoing document was served on all counsel of record via the Court's ECF system.

**LEVY KONIGSBERG, LLP**

/s/ COREY M. STERN
Corey M. Stern – PHV49568
Melanie Daly – PHV 49758
605 Third Avenue, 33rd Floor
New York, New York 10158
(212) 605-6200
(212) 605-6290 (facsimile)
cstern@levylaw.com
mdaly@levylaw.com