IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**IN RE: JACKSON WATER CASE**                                                               **ALL PLAINTIFFS**

**v.**                                         **CIVIL ACTION NO. 3:23-cv-00614-CWR_ -LGI**

**THE CITY OF JACKSON, MISSISSIPPI,
MISSISSIPPI STATE DEPARTMENT OF
HEALTH, AND TRILOGY ENGINEERING
SERVICES, LLC**                                                                                        **DEFENDANTS**

## ORDER SETTING STATUS CONFERENCE FOR FEBRUARY 5, 2024

This matter is before the Court *sua sponte*. On December 19, 2023, this Court denied *Defendants' Opposed Motion for Pre-Discovery ("Lone Pine") Case Management Order* [154], but it set forth the following in its Order [172].

> This Court finds that the proposed *Lone Pine* CMO is disproportionate to the needs of this case and further finds that relevant factors weigh against the entry of such an order. While the Court declines to adopt the Defendant's proposed *Lone Pine CMO*, the Court recognizes that a standard CMO is inadequate to address the issues presented by this litigation, or the number of litigants involved. Instead, the Court finds it necessary to enter a specially tailored, modified case management order setting forth governing procedures and timelines, and the Court will do so in due course. The undersigned invites the parties to submit their suggestions and proposals for organization of the specially tailored, modified case management order on or before January 19, 2024.

*Id*. at 11. Emphasis omitted.

In preparation to craft and finalize a "specially tailored" Case Management Order in this case, the Court invited the parties to submit proposed CMOs. *Id*. Parties have submitted proposed drafts of CMOs. Parties advised, via correspondence to the Court, that after conferences between the parties, they are unable to agree on some aspects of the CMO. Therefore, the Court sets an in-person status conference for Monday, February 5, 2024 at 9:30 a.m., wherein the undersigned will

hear each party's position on the below topics:

1. Proposed Case Management Order

2. Plaintiff Fact Sheets

3. Authorization to Disclose Information

The Court is in receipt of each party's proposed CMOs[1], and it is also in receipt of Defendants' proposed Facts Sheet and Authorization to Disclose Educational Information. Plaintiffs are invited to submit their proposed Fact Sheet and Authorization to Disclose Information, **on or before January 26, 2024**.

It is hereby ordered that the parties appear in-person before the undersigned for a status conference as to the above-referenced matter, on Monday, February 5, 2024 at 9:30 a.m.

**SO ORDERED** this the 23rd day of January, 2024.

/s/ LaKeysha Greer Isaac
UNITED STATES MAGISTRATE JUDGE

---

[1] On October 12, 2023, Plaintiff submitted to this Court, via email, 1) Plaintiffs' Proposed Supplement to the CMO; 2) Proposed Document Production Protocol; and 3) Proposed Confidentiality Order.