UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| *In Re Jackson Water Cases*,<br><br>v.<br><br><br>*The City of Jackson, Mississippi, et al.*, | No. 3:23-cv-00614-CWR-LGI<br>(Main Docket)<br><br>Hon. Carlton W. Reeves<br><br>Magistrate Judge LaKeysha Greer Isaac |

## NOTICE OF FILING

Plaintiffs hereby provide Notice that the following documents were transmitted to the Court, via email, by the undersigned counsel today (January 26, 2024):

(1) Correspondence to the Court, attached hereto as Exhibit 1;[1]
(2) Proposed Release/Authorization for medical records;
(3) Proposed Release/Authorization for academic records (without utilization of Social Security Number);
(4) Proposed Release/Authorization for academic records (inclusive of Social Security Number);
(5) Plaintiffs' Proposed PFS (Clean Version); and
(6) Plaintiffs' Proposed PFS (Redlined Defendants' Version)

Respectfully submitted, this 19th day of January, 2024.

**LEVY KONIGSBERG, LLP**

/s/ COREY M. STERN
Corey M. Stern – PHV49568
Melanie Daly – PHV 49758
605 Third Avenue, 33rd Floor
New York, New York 10158
(212) 605-6200
(212) 605-6290 (facsimile)

---

[1] The Court invited Plaintiffs to submit their proposed Fact Sheet ("PFS") and Authorization to Disclose Information [ECF No. 178].

cstern@levylaw.com
mdaly@levylaw.com

**CHHABRA & GIBBS, P.A.**
Rogen K. Chhabra
Darryl M. Gibbs
120 N. Congress St., Suite 200
Jackson, MS 39201
(601) 948-8005
rchhabra@cglawms.com
dgibbs@cglawms.com

## CERTIFICATE OF SERVICE

I, Corey M. Stern, counsel for Plaintiffs, hereby certify that on January 26, 2023, the foregoing document was served on all counsel of record via the Court's ECF system.

**LEVY KONIGSBERG, LLP**

/s/ COREY M. STERN
Corey M. Stern – PHV49568
Melanie Daly – PHV 49758
605 Third Avenue, 33rd Floor
New York, New York 10158
(212) 605-6200
(212) 605-6290 (facsimile)
cstern@levylaw.com
mdaly@levylaw.com