# EXHIBIT 1

**LEVY KONIGSBERG LLP**
**ATTORNEYS AT LAW**
**605 THIRD AVENUE, 33RD FLOOR**
**NEW YORK, N.Y. 10158**

**NEW JERSEY OFFICE**
**QUAKERBRIDGE EXECUTIVE OFFICE**
**101 GROVERS MILL ROAD**
**LAWRENCEVILLE, NJ 08648**
**TELEPHONE: (609) 720-0400**
**FAX: (609) 720-0457**

**(212) 605-6200**
**FAX: (212) 605-6290**
**WWW.LEVYLAW.COM**

**ATLANTA OFFICE**
**ONE GLENLAKE PARKWAY, SUITE 700**
**ATLANTA, GEORGIA 30328**
**TELEPHONE: (800) 315-3806**
**FAX: (212) 605-6290**

WRITER'S DIRECT EMAIL: CStern@levylaw.com

JANUARY 26, 2024

**<u>VIA EMAIL & UNITED STATES MAIL</u>**
Honorable Carlton W. Reeves
501 East Court Street, Suite 5.500
Jackson, Mississippi 39201

Honorable LaKeysha Greer Isaac
501 East Court Street, Suite 6.150
Jackson, Mississippi 39201

     **RE:    <u>IN RE JACKSON WATER CASES: PROPOSED PFS & AUTHORIZATIONS</u>**
              **<u>CIVIL ACTION FILE NO. 3:23-CV-614</u>**

Dear Judge Reeves and Judge Isaac:

     This communication is in response to the Court's invitation for Plaintiffs to submit their proposed Fact Sheet ("PFS") and Authorization to Disclose Information [ECF No. 178]. To that end, Plaintiffs are including five (5) documents as part of this communication:

(1)     Proposed Release/Authorization for medical records;
(2)     Proposed Release/Authorization for academic records (without utilization of Social Security Number);
(3)     Proposed Release/Authorization for academic records (inclusive of Social Security Number);
(4)     Plaintiffs' Proposed PFS (Clean Version); and
(5)     Plaintiffs' Proposed PFS (Redlined Defendants' Version)

     To assist the Court, Plaintiffs' utilized Defendants' proposed PFS as the foundation for their own and include a redlined version of Defendants' so the Court can better see how and where the parties diverge. While there are distinct and significant differences between the parties' proposals, the undersigned feels it would be most appropriate to address them further and more substantively at the upcoming conference.

     Thank you in advance for your time and attention to these matters.

Sincerely,

**LEVY KONIGSBERG, LLP**

Corey M. Stern

*Enclosures*
*cc – Counsel of record*