**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**IN RE JACKSON WATER CASES**

**V.**                                                              **CIVIL ACTION NO. 3:23-cv-614-CWR-LGI**

**THE CITY OF JACKSON, MISSISSIPPI;
CHOKWE A. LUMUMBA, JR.; TONY YARBER;
KISHIA POWELL; ROBERT MILLER; JARRIOT
SMASH; THE MISSISSIPPI STATE DEPARTMENT
OF HEALTH; JIM CRAIG; TRILOGY ENGINEERING
SERVICES, LLC; AND JOHN DOES 1-40**

## ENTRY OF APPEARANCE

John F. Hawkins, of the law firm Hawkins Law, P.C., hereby enters his appearance as counsel of record for Defendant The City of Jackson, Mississippi in the above-referenced action.

This the 28th day of February, 2024.

**HAWKINS LAW, P.C.**

By: */s/ John F. Hawkins*
 John F. Hawkins

OF COUNSEL:

John F. Hawkins, Esquire (MSB# 9556)
HAWKINS LAW, P.C.
226 North President Street (39201)
Post Office Box 24627
Jackson, Mississippi 39225-4627
Telephone: (601) 969-9692
Facsimile: (601) 914-3580
john@hgattorneys.com
ltallen@hgattorneys.com

Catoria Martin, Esquire (MSB # 103938)
CITY ATTORNEY
OFFICE OF THE CITY ATTORNEY
455 East Capitol Street

Post Office Box 2779
Jackson, Mississippi 39207-2779
Telephone: (601) 960-1799
Facsimile: (601) 960-1756
cmartin@city.jackson.ms.us

Claire Baker, Esquire
CITY GOVERNMENT
CITY OF JACKSON
Post Office Box 2779
Jackson, Mississippi 39207-21779
Telephone: (601) 960-1799
Facsimile: (601) 960-1756
cbarker@jacksonms.gov

Clarence Webster, Esquire
Kaytie Pickett, Esquire
Abbey Reeves, Esquire
Adam Stone, Esquire
Dakota James Stephens, Esquire
JONES WALKER
190 East Capitol Street, Suite 800 (39201)
Post Office Box 427
Jackson, Mississippi 39205-0427
Telephone: (601) 709-3344
Facsimile: (601) 949-4804
cwebster@joneswalker.com
kpickett@joneswalker.com
areeves@joneswalker.com
astone@joneswalker.com
dstephens@joneswalker.com

Drew McLemore Martin, Esquire
DREW MARTIN, ATTORNEY, PLLC
5217 Suffolk Circle
Jackson, MS 39211
Telephone: (601) 272-8410
drew@justicems.com

Terris C. Harris, Esquire
Jeffrey Matthew Graves, Esquire
THE COCHRAN FIRM-JACKSON, PLLC
197 Charmant Place, Suite 2
Ridgeland, Mississippi 39157-4359
Telephone: (601) 790-7600
Facsimile: (866) 860-3857
tharris@cochranfirm.com
jgraves@cochranfirmjackson,com

## CERTIFICATE OF SERVICE

  I hereby certify that on this day, I electronically filed the foregoing pleading or other papers with the clerk of the court using the ECF system which sent notification of such filing to all counsel of record.

  Submitted this the 28th day of February, 2024.

               */s/ John F. Hawkins*
                 John F. Hawkins