IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

IN RE: JACKSON WATER CASE                                    PLAINTIFFS

v.                                           CIVIL ACTION NO.: 3:23-cv-614-CWR-LGI

THE CITY OF JACKSON, MISSISSIPPI;
MISSISSIPPI DEPARTMENT OF HEALTH;
TRILOGY ENGINEERING SERVICES, LLC                            DEFENDANTS

## APPLICATION FOR ADMISSION PRO HAC VICE

(A)  Name:            Jeremy C. Daniels

     Firm Name:       Daniels, Rodriguez, Berkeley, Daniels & Cruz, P.A.

     Office Address:  4000 Ponce de Leon Blvd., Suite 800

     City:            Coral Gables        State:  Florida        Zip:  33146

     Telephone:       (305) 448-7988              Fax:

     E-Mail:          jdaniels@drbdc-law.com

(B)  Client(s):       Trilogy Engineering Services, LLC

     Address:         650 N. Sam Houston Parkway E., Suite 300

     City:            Houston             State:  Texas          Zip:  77060

     Telephone:       (305) 448-7988              Fax:

The following information is optional:

1

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?
__No__

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?
__No__

(C)  I am admitted to practice in the:

  __X__  State of __Florida__

  _____  District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

The Florida Bar
651 E. Jefferson Street
Tallahassee, Florida 32399
Ph: (850) 561-5600

All other courts before which I have been admitted to practice:

| Jurisdiction | Period of Admission |
|---|---|
| U.S. District Court, Southern District of Florida | 10/10/23 |

_____     _____
_____

|     |                                                                                                                              | Yes | No    |
|-----|------------------------------------------------------------------------------------------------------------------------------|-----|-------|
| (D) | Have you been denied admission pro hac vice in this state?                                                                   | (__) | ( X ) |
|     | Have you had admission pro hac vice revoked in this state?                                                                   | (__) | ( X ) |
|     | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years?                     | (__) | ( X ) |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:
*N/A*
_____
_____
_____
_____

|     |                                                                                                                              | Yes | No    |
|-----|------------------------------------------------------------------------------------------------------------------------------|-----|-------|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | (__) | ( X ) |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.
*N/A*
_____
_____
_____
_____

|     |                                                                                                                              | Yes | No    |
|-----|------------------------------------------------------------------------------------------------------------------------------|-----|-------|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | (__) | ( X ) |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the

3

contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).
*N/A*

(G) Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| None | | |

(H) Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| None | |

Yes   No

(I) Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES

|   |   |   |
|---|---|---|
| District Courts for the Northern and Southern Districts of Mississippi? | ( X ) | ( __ ) |
| Have you read and become familiar with the Mississippi Rules of Professional Conduct? | ( X ) | ( __ ) |

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar No.: D. Jason Childress / MS Bar No.: 103678
Office Address: 4400 Old Canton Road; Suite 220
City: Jackson    State: Mississippi    Zip: 39211
Telephone: (601) 414-6009    Fax: (601) 414-6016
E-Mail: dchildress@fletcher-sippel.com

(K) The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

3/12/24
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

5

**CERTIFICATE OF SERVICE**

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been filed with the Court and served upon all counsel of record via the Court's CM/ECF E-Filing System on this  13th  of March, 2024

This the 13th day of   March   , 2024.

_____
Resident Attorney