

# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle  
Executive Director

850/561-5600  
www.FLORIDABAR.org

State of Florida   )

County of Leon    )   In Re:  0493643  
Jeremy Clarke Daniels  
Daniels Rodriguez Berkeley Daniels Cruz  
4000 Ponce De Leon Blvd Ste 800  
Coral Gables, FL 33146-1436

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 13, 2001**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  27th  day of **February, 2024**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO  
Administration Division  
The Florida Bar

PG:R10  
CTM-271999

