IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**IN RE: JACKSON WATER CASE**                                                           **PLAINTIFFS**

**v.**                                              **CIVIL ACTION NO.: 3:23-cv-614-CWR-LGI**

**THE CITY OF JACKSON, MISSISSIPPI;**
**MISSISSIPPI DEPARTMENT OF HEALTH;**
**TRILOGY ENGINEERING SERVICES, LLC**                                 **DEFENDANTS**

### NOTICE OF APPEARANCE

Please take notice that M. Aubrey Mays, hereby enters his appearance as counsel of record for Defendant, Trilogy Engineering Services, LLC., in the above styled cause.

This, the 18th day of March 2024.

                                                            Respectfully submitted,

                                                            **TRILOGY ENGINEERING SERVICES, LLC**

                                            By:    _/s/ M. Aubrey Mays_
                                                            M. Aubrey Mays

OF COUNSEL:

D. Jason Childress *(MSB #103678)*
M. Aubrey Mays *(MSB #105936)*
FLETCHER & SIPPEL, LLC
4400 Old Canton Road
Suite 220
Jackson, MS 39211
T: (601) 968-5500
F: (601) 968-5593
dchildress@fletcher-sippel.com
amays@fletcher-sippel.com
*Attorneys for Defendant, Trilogy Engineering Services, LLC*

Davide Macelloni, *(Pro Hac Vice)*
Jeremy C. Daniels, *(Pro Hac Vice)*
DANIELS, RODRIGUEZ, BERKELEY, DANIELS & CRUZ, PA
4000 Ponce de Leon Blvd; Suite 800
Coral Gables, FL 33146
T: (305) 448-7988
dmacelloni@drbdc-law.com
jdaniels@drbdc-law.com
*Attorneys for Defendant, Trilogy Engineering Services, LLC*

## CERTIFICATE OF SERVICE

I, M. Aubrey Mays, attorney for Defendant, Trilogy Engineering Services, LLC, hereby certify that I have filed the above *Notice of Appearance* with the Clerk of this Court via the ECF System, which served copies upon all counsel and parties of record.

This, the 18th day of March 2024.

                                                                      */s/ M. Aubrey Mays*
                                                                      M. Aubrey Mays