IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

IN RE JACKSON WATER CASES

CAUSE NO. 3:23-CV-614-CWR-LGI

v.

THE CITY OF JACKSON, MISSISSIPPI; CHOKWE A. LUMUMBA, JR.; TONY YARBER; KISHIA POWELL; ROBERT MILLER; JARRIOT SMASH; THE MISSISSIPPI STATE DEPARTMENT OF HEALTH; JIM CRAIG; TRILOGY ENGINEERING SERVICES, LLC; AND JOHN DOES 1-40

---

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Terris C. Harris J.D., LL.M. and the law firm of The Cochran Firm-Jackson, LLC 197 Charmant Place, Suite 2, Ridgeland, MS 39157, Telephone (601) 790-7600 hereby enter their appearance as attorney of record for The City of Jackson, in the above styled and numbered case.

**WITNESS** my signature this the 19th day of April 2024.

Respectfully Submitted,

THE COCRHAN FIRM-JACKSON, LLC

By: /s/ Terris C. Harris, J.D., LL.M.
   Terris C. Harris, Esquire
   Miss. Bar 99433

OF COUNSEL:

Terris C. Harris, J.D., LL.M. (MSB# 99433)
THE COCRHAN FIRM-JACKSON, LLC
197 Charmant Place, Suite 2
Ridgeland, MS 39157
tharris@cochranfirmjackson.com

601.790.7600 (Telephone)
601.914.2020 (Facsimile)

## **CERTIFICATE OF SERVICE**

I, Terris C. Harris J.D., LL. M. do hereby certify that on this 19th day of April 2024, a true and correct copy of the foregoing instrument was filed with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

*/s/ Terris C. Harris*
Terris C. Harris