IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

IN RE: JACKSON WATER CASES     CIVIL ACTION NO. 3:23-CV-614-CWR-LGI

THIS DOCUMENT RELATES TO ALL
PLAINTIFFS

## NOTICE OF APPEARANCE

Please take notice that John P. Sneed hereby enters his appearance in the above-captioned matter as additional counsel on behalf of the Defendant MISSISSIPPI STATE DEPARTMENT OF HEALTH. All future e-filings, pleadings and correspondence should include John P. Sneed at the address noted below.

> John P. Sneed
> Special Assistant Attorney General – Civil
> 550 High Street; Suite 1100 (39201)
> Post Office Box 220
> Jackson, MS  39205
> Telephone: 601-359-4072
> Email: john.sneed@ago.ms.gov

RESPECTFULLY SUBMITTED, this the 30th day of May, 2024.

                            THE MISSISSIPPI STATE DEPARTMENT
                            OF HEALTH, *Defendant*

                            By:   LYNN FITCH, ATTORNEY
                                  GENERAL
                                  STATE OF MISSISSIPPI

                            By:   s/*John P. Sneed*
                                  JOHN P. SNEED (MSB #7652)
                                  Special Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi  39205-0220
Tel.: (601) 359-4072
Fax: (601) 359-2003
John.Sneed@ago.ms.gov

## CERTIFICATE OF SERVICE

    I, John P. Sneed, Special Assistant Attorney General and attorney for Defendant, The Mississippi State Department of Health, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's CM/ECF filing system which sent notification of such filing to all counsel of record.

    THIS the 30th day of May, 2024.

                                                  s/*John P. Sneed*  
                                                  JOHN P. SNEED