# EXHIBIT 1

| Claimant | Parent (if minor claimant) | Exhibit Number for Short Form Complaint |
|---|---|---|
| K.T. | Kyonnis Brown | 2 |
| L.B. | Pamela D Berkhalter | 3 |
| A.B. | Pamela D Berkhalter | 4 |
| J.T. | Charlotte Thompson | 5 |
| T.R. | Andrea Young | 6 |
| E.H. | Jessica Hutto | 7 |
| C.C. | Alexandria Clayborne | 8 |
| C.D. | Maiya Burns | 9 |
| M.S. | Stacey Slater | 10 |
| P.J. | April Huntley | 11 |
| R.M. | Sharday C Moss | 12 |
| N.M. | Sharday C Moss | 13 |
| M.S. | Tiffany Shelby | 14 |
| M.S. | Tiffany Shelby | 15 |
| M.S. | Tiffany Shelby | 16 |
| P.S. | Somalia Butler | 17 |
| N.W. | Tarronda Walker | 18 |
| D.L. | Daisha White | 19 |
| C.B. | Patrice Bridges | 20 |
| J.D. | Tracey Denson | 21 |

| | | |
|---|---|---|
| J.D. | Tracey Denson | 22 |
| K.L. | Kennedy Leonard | 23 |
| R.D. | Ashley D Bracey | 24 |
| M.F. | Tara Fenderson | 25 |
| L.M. | Aylisa Tyler | 26 |
| P.T. | Wondra Kelly | 27 |
| D.H. | Lawanda Hart | 28 |
| K.G. | ChaDaja Thompson | 29 |
| J.T. | Jasmine Thompson | 30 |
| J.T. | Jasmine Thompson | 31 |
| D.D. | Keyanee A Dawson | 32 |
| Zakiyah Shears | | 33 |
| Trinity Matthews | | 34 |
| Jamer Gooch | | 35 |
| Tamia Gatewood | | 36 |
| Nia Jones | | 37 |
| Neal Jones | | 38 |
| Kelvin Lewis Jr. | | 39 |
| Malik Williams | | 40 |
| Haleigh Hutto | | 41 |
| Tia Haynes | | 42 |
| TaDarius Hunt | | 43 |
| Anveiona Robinson | | 44 |
| Faith Woods | | 45 |