# EXHIBIT 32

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| *In Re Jackson Water Cases*,<br>*This Document Relates to All Plaintiffs Identified in Exhibit* 1<br><br>v.<br><br>*The City of Jackson, Mississippi, et al.*, | No. 3:23-cv-00614-CWR-LGI<br>(Main Docket)<br><br>Hon. Carlton W. Reeves,<br>U.S. District Judge<br><br>Hon. LaKeysha Greer Isaac,<br>U.S. Magistrate Judge |

## SHORT FORM COMPLAINT AND JURY DEMAND

Plaintiff incorporates by reference Plaintiffs' Amended Complaint ("Amended Complaint") and Jury Demand filed in *In Re Jackson Water Cases* in the United States District Court for the Southern District of Mississippi (ECF No. 51). Pursuant to the Court's Order, the following Short Form Complaint encompasses Plaintiff's claims as adopted from the operative Amended Complaint.

Plaintiff selects and indicates by checking boxes, where requested, parties, and claims specific to this case. As necessary, Plaintiff include: (a) additional claims against the Defendant(s), which are set forth below, and the supporting facts as alleged below or on additional pages attached to this Short Form Complaint; and/or

(b) claims plead against additional defendants not listed in the Amended Complaint, and the supporting facts which are set forth below or are attached.

Plaintiff, by and through counsel, alleges as follows:

## DEFENDANTS

1. Plaintiff names the following Defendants in this action [check only those that apply]:

   [X] The City of Jackson, Mississippi
   [X] The Mississippi Department of Health
   [X] Trilogy Engineering Services, LLC

2. The above-named defendant(s) are sued in those capacities outlined in the Amended Complaint. They are named jointly and severally.

## PLAINTIFF

3. Plaintiff: Keyanee A Dawson on behalf of D.D.

4. If brought on behalf of Plaintiff by another person, capacity (*i.e.*, administrator, executor, guardian, conservator, etc.): Biological Parent

5. Plaintiff's Current Address: 1096 Spanish Oak Dr., Pearl, MS, 39208

## JACKSON WATER EXPOSURE

6. (If alleging personal injury) Plaintiff lived in Jackson, Mississippi from approximately 2017 until Present.

## INJURIES

7. Plaintiff alleges the following injuries (and subcategory of injur(ies) as a result of use of and/or exposure to the City of Jackson's Public Water System:

[X] Personal injury
[X] Lead Poisoning
[X] Other (please specify below or on additional sheet)

> Plaintiff suffers from cognitive deficits; behavioral issues; difficiulty focusing; difficulty completing schoolwork, chorses, and/or other tasks; and has other emotional issues. Plaintiff will continue to manifest new and worsening symptoms in the furutre and will face a lifetime of hardship, decreased earning capacity, and emotional distress.

## CLAIMS/COUNTS

8. The following claim(s) asserted in the Amended Complaint, and the allegations with regard thereto in the Amended Complaint, are adopted in this Short Form Complaint by reference:

[X] Count I: 42 U.S.C. §1983 – 14th Amendment, Substantive Due Process – Bodily Integrity (against the City of Jackson only)
[X] Count III: Negligence (against the City of Jackson and The MSDH)
[X] Count IV: Professional Negligence (against Trilogy)
[X] Count V: Negligence (against Trilogy)

9. The above-checked Claims/Counts are only applicable to those Defendants against whom each Claim/Count references above.

10.     If additional claims against the Defendants not identified in the Amended Complaint are alleged, the facts supporting these allegations must be pleaded. Plaintiff asserts the following factual allegations against the Defendants identified in the Amended Complaint:

|  |
|--|
|  |

11.     Plaintiffs assert the following additional claims and factual allegations against other Defendants (must name defendant and its alleged citizenship):

|  |
|--|
|  |

12.     If additional Defendants are identified in paragraph 11, the facts supporting these allegations must be pleaded. Plaintiff asserts the following factual allegations against the Defendants identified paragraph 11:

|  |
|--|
|  |

**WHEREFORE**, Plaintiff prays for relief as set forth in the Plaintiffs' Amended Complaint in *In Re Jackson Water Cases* in the United States District Court for the Southern District of Mississippi.

Dated: June 11, 2024

Respectfully submitted,

| | |
|---|---|
| **LEVY KONIGSBERG LLP** | **CHHABRA & GIBBS, P.A.** |
| /s/ Corey M. Stern | /s/ Rogen Chhabra |
| Corey M. Stern, *PHV* 49568 | Rogen Chhabra |
| Melanie Daly, *PHV* 49758 | Darryl Gibbs |
| 605 Third Ave., 33rd Fl. | 120 North Congress Street, Ste. 200 |
| New York, New York 10158 | Jackson, Mississippi 39201 |
| (212) 605-6200 | (601) 948-8005 |
| cstern@levylaw.com | |