Form 6 (ND/SD Miss. Dec. 2016)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: JACKSON WATER CASE     Plaintiff

v.                                                             CIVIL ACTION NO.   3:23-cv-614-CWR-LGI

THE CITY OF JACKSON, MISSS     Defendant

## APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Joy Boyd Longnecker

Firm Name: Barnes & Thornburg, LLP

Office Address: 1600 West End Ave., Ste 800

City: Nashville     State: TN     Zip: 37201

Telephone: 615-621-6012     Fax:

E-Mail: joy.longnecker@btlaw.com

(B) Client(s): David B. Hunt

Address: 1600 West End Ave., Ste 800

City: Nashville     State: TN     Zip: 37201

Telephone: 615-621-6012     Fax:

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

I am currently representing Mr. David Hunt's business (Hunt Services, Inc.) in a related action which is pending in the Western District of Tennessee. See Hunt v. The United States Small Business Administration, et al., Case No. 2:23-cv-02779.

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

I am a former prosecutor. I have been representing Mr. Hunt for more than a year, and I am familiar with the facts and legal issues surrounding his SBA case and this case, which are nuanced and complex.

(C) I am admitted to practice in the:

☑ State of Tennessee

☐ District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Tennessee Supreme Court
Supreme Court Building
401 7th Avenue North, Nashville, TN 37219
(615) 253-1470
https://www.tncourts.gov/courts/supreme-court
https://www.tncourts.gov/courts/appellatte-court-clerks-office

All other courts before which I have been admitted to practice:

| Jurisdiction | Period of Admission |
|---|---|
| Alabama Supreme Court | 09/30/2005 - Present |
| Alabama Middle District | 02/12/2019 - Present |
| Alabama Northern District | 03/27/2018 - Present |
| Kentucky Supreme Court | 10/06/2016 - Present |
| Kentucky Eastern District | 11/01/2019 - Present |
| Kentucky Western District | 09/23/2019 - Present |
| Tennessee Supreme Court | 12/23/2010 - Present |
| Tennessee Eastern District | 04/13/2012 - Present |
| Tennessee Middle District | 09/26/2011 - Present |
| Tennessee Western District | 01/12/2012 - Present |
| Tennessee Court of Appeals | 08/03/2013 - Present |

|   |   | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ● |
|   | Have you had admission pro hac vice revoked in this state? | ○ | ● |
|   | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ● |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

N/A

|   |   | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ● |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

N/A

|     |     | | Yes | No |
|-----|-----|-|-----|-----|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | | ○ | ⦿ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

N/A

(G)　　Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| N/A | | |

(H)   Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| N/A | |

(I)   Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?   **Yes** ●   No ○

Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?   **Yes** ●   No ○

(J)   Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number   John F. Hawkins #9556

Firm Name:   Hawkins Law P.C.

Office Address:   226 North President Street

City: Jackson   State: MS   Zip: 39225

Telephone: 601-969-9692   Fax: 601-914-3580

Email address: john@hgattorneys.com

5

FORM 6 (ND/SD MISS. DEC. 2016)

(K)  The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

8/13/2024
_____
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 16th day of August, 2024.

_____
Resident Attorney

# Supreme Court of Tennessee

# Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## Joy Anne Boyd (Longnecker)

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on December 23, 2010, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 31st day of July, 2024.

James M. Hivner
Clerk of the Supreme Court of Tennessee

Donna Gilmore, D.C.