# EXHIBIT 1

(Minor Plaintiffs' Full Names Removed)

| Claimant | Parent (if minor claimant) | Exhibit Number for Short Form Complaint |
|---|---|---|
| M.M. | Khrisyatta Chambers | 2 |
| M.M. | Khrisyatta Chambers | 3 |
| K.C. | Khrisyatta Chambers | 4 |
| M.C. | Shantavia McBride | 5 |
| S.M. | Shantavia McBride | 6 |
| O.C. | Shantavia McBride | 7 |
| K.M. | Shantavia McBride | 8 |
| D.L. | Rebecca Y Byther | 9 |
| L.M. | Lakendric L Mcgee | 10 |
| M.D. | Brittney La Shay Bernard | 11 |
| B.F. | Daphane D Figures | 12 |
| J.W. | Krystie Roberts | 13 |
| H.T. | Courtney Torrey | 14 |
| T.T. | Courtney Torrey | 15 |
| F.T. | Courtney Torrey | 16 |
| H.D. | Brittney La Shay Bernard | 17 |
| J.F. | Daphane D Figures | 18 |
| M.P. | Shelika Michael | 19 |
| A.B. | Tamyia Garrett | 20 |
| D.B. | Tamyia Garrett | 21 |
| N.H. | Mary Ben | 22 |

| | | |
|---|---|---|
| Marie Ben | | 23 |
| Malik Berkhalter | | 24 |
| Jaylon Haralson | | 25 |
| Edward Ben | | 26 |
| Kenisha Bailey | | 27 |